## Cover Letter – Notarial Protest of Dishonor Filing

Wendi Crump
c/o 921 E Main Street STE A
Columbus, Ohio

Case: 1:25–mc–00134
Assigned To : Cooper, Christopher R.
Assign. Date : 8/25/2025
Description: Civ. Misc. (O-DECK)

Date: _8-2C-05_

~~Clerk of the Court / Recorder of Deeds~~
~~District of Columbia~~
~~Office of the Recorder of Deeds~~
~~1101 4th Street SW~~
~~Washington, D.C. 20024~~

U.S. District Court for. D.C
Clerk's office
333 Constitution Ave NW
Washington. D.C 20001

RE: Filing of Notarial Protest of Dishonor – Certificate of Dishonor (Administrative Record)
Case Reference: Franklin County Municipal Court, Case No. 2023 TR D 147068
UCC Filing Reference: OH00266507408

Dear Clerk,

Enclosed please find a duly executed Certificate of Dishonor – Administrative Record,
together with the attached Notarial Protest of Dishonor and acknowledgment block for
official recordation.

This document is a Formal Instrument prepared under commercial and notarial process,
and is to be entered into the public record of Washington, D.C. to stand as conclusive
evidence of dishonor in the above-referenced case.

Kindly:
1. File and record this instrument under:
   - Instrument Title: Certificate of Dishonor – Administrative Record
   - Subcategory: Notarial Protest / Formal Instrument
   - Case Reference: 2023 TR D 147068 (Franklin County Municipal Court, Columbus, Ohio)
   - UCC Reference: OH00266507408 (Filed with the Ohio Secretary of State)
2. Return a certified copy or recordation receipt using the enclosed self-addressed stamped
envelope.

This filing also serves as notice that any and all monies, fees, bonds, or funds collected in

RECEIVED

AUG 2 5 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

relation to the above-referenced case are to be fully refunded and reconciled. A check shall be cut payable to 'Wendi Crump'. Furthermore, all IRS filings, reports, and accounting entries associated with this case must be matched, corrected, and reconciled to reflect the refund. This matter is to be treated as a tax matter, and failure to properly account for and report the refund shall constitute further dishonor, conversion, and misapplication of trust funds.

Thank you for preserving the integrity of this record.

Respectfully submitted,

Wendi Crump
Secured Party / Authorized Representative

All Rights Reserved UCC 1-308

Enclosures:
- Certificate of Dishonor – Administrative Record (with Notarial Protest)
- Exhibit A – UCC Filing OH00266507408 (copy)
- Exhibit B – Proof of Presentment & Non-Response
- Exhibit C – Original Notice of Dishonor

# CERTIFICATE OF DISHONOR
Administrative Record – Formal Instrument

Case No. 2023 TR D 147068 – Franklin County Municipal Court (Traffic)

UCC Filing Reference: OH00266507408

## Notice of Dishonor

1. Presentment was duly made upon the parties in the above-referenced matter on the 4th day of August, 2025. Said presentment provided lawful opportunity to rebut, cure, or otherwise respond within the allotted time. As of the 19th of August, 2025 a notice to cure was sent, again no response.

2. No response, rebuttal, or cure was received. Silence and inaction constitute dishonor by operation of law.

3. Accordingly, I, Wendi Crump, hereby certify dishonor of the presentment and all associated instruments, pleadings, motions, warrants, and/or enforcement actions tied to Case No. 2023 TR D 147068.

4. This dishonor is now made part of the administrative record and is incorporated into and made part of UCC Financing Statement No. OH00266507408, filed with the Secretary of State, State of Ohio. All rights, titles, and interests are reserved and perfected therein, and this dishonor attaches as collateral evidence to said filing.

## Refund and Restitution Requirement

All monies, fines, fees, bonds, or other payments collected, received, or otherwise obtained from the above-referenced case 2023 TR D 147068 are to be fully refunded. A check shall be cut and issued payable to 'Wendi Crump', without delay, within ten (10) business days of receipt of this filing.

In addition, any and all IRS filings, reports, or accounting entries associated with said case shall be matched, adjusted, and reconciled to reflect the refund of funds. This matter shall be treated as a tax matter, and all refunds, credits, and set-offs must be reported accordingly to ensure compliance with the Internal Revenue Service.

Failure to return said funds and to correct all related IRS filings constitutes further dishonor, conversion, and misapplication of trust funds, subject to the fee schedule below and all remedies available at law and equity

## Fee Schedule – Agreed Damages

By silence, non-response, or further dishonor, the following terms apply and become binding upon all parties:

- $10,000.00 – per court appearance compelled under dishonor.
- $5,000.00 – per unlawful order, motion, or filing entered after administrative closure.
- $10,000.00 – per violation of trust, trespass, or interference with liberty.
- $25,000.00 – per day for unlawful detention, arrest, or loss of liberty.
- $100,000.00 – penalty for issuance or execution of any warrant under dishonor.
- $250,000.00 – per act of conversion, theft, or withholding of funds lawfully due.
- All refunds owed under Case No. 2023 TR D 147068 shall accrue interest at 1.5% per day until paid in full.

## Parties Dishonored

This Certificate of Dishonor applies to, but is not limited to:

- Hon. *Mark Hummer* ██████████, Presiding Judge, Franklin County Municipal Court
- Prosecuting Attorney(s) *Zach Klein*
- City of Columbus / State of Ohio
- Clerk of Court, Franklin County Municipal Court *Lori Tyack*
- Law Enforcement Agencies and Officers involved in enforcement of said matter

## Certification

Having afforded due process and opportunity to cure, and receiving no lawful rebuttal, the matter stands in dishonor and is closed administratively. All liabilities, penalties, and consequences arising from said dishonor are hereby assessed in accordance with the fee schedule provided herein.

## Exhibits Attached

- Exhibit A – UCC Financing Statement No. OH00266507408 (SOS Printout)
- Exhibit B – Proof of Presentment and Non-Response (USPS form 3877 with receipts)
- Exhibit C – Copy of Original Notice of Dishonor

## Signature

Executed this **25th** day of **August**, 2025

_____
Wendi Crump
Secured Party – All rights Reserved UCC 1-308

District of Columbia
Signed and sworn to (or affirmed) before me on
Aug 25, 25 by Wendi Crump
Date          Name(s) of Individual(s) making statement

_____
Signature of Notarial Officer
NOTARY PUBLIC
Title of Office
My commission expires: 06-14-30

*[Notary seal: HONORIO BARILLO · NOTARY PUBLIC · DISTRICT OF COLUMBIA · Exp. June 14, 2030]*



Wendi Crump
All rights reserved
UCC-1908

## NOTARIAL PROTEST OF DISHONOR

District of Columbia ) ss.:

Be it known, that on this __25th__ day of ____August____, 2025, before me, the undersigned Notary Public, duly commissioned and sworn in and for the District of Columbia, personally appeared Wendi Crump, who did present for protest this Certificate of Dishonor – Administrative Record relating to Case No. 2023 TR D 147068.

Lawful presentment was made upon the parties, and no timely rebuttal, cure, or response was received. Therefore, I, the undersigned Notary Public, at the request of said party, do hereby solemnly PROTEST against the dishonor, non-response, and failure to perform by the parties noticed therein.

In testimony whereof, I hereunto set my hand and affix my official notarial seal, at Washington, D.C., on the day and year first above written.

_____
Notary Public, District of Columbia

My Commission Expires: __06-14-30__

**HONORIO BARILLO**
**Notary Public, District of Columbia**
**My Commission Expires June 14, 2030**

District of Columbia
Signed and sworn to (or affirmed) before me on
__AUG 25, 25__ by _____
Date                  Name(s) of Individual(s) making statement

_____
Signature of Notarial Officer
NOTARY PUBLIC
Title of Office
My commission expires: __06-14-30__



# Exhibit A –

# UCC Financing Statement No. OH00266507408 SOS Printout



| FS Number: | OH00266507408 |
|---|---|
| Date Filed: | 08 September 2022 20:38:22 |

# UCC FINANCING STATEMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:**   Wendi Crump.
**PHONE NUMBER:**   614-330-0225
**EMAIL CONTACT AT FILER:**   wendi.crump@gmail.com
**SEND ACKNOWLEDGEMENT TO:**   Wendi Crump
2603 Caralee Place
Columbus
OHIO
43219
United States

## DEBTOR INFORMATION

**ORGANIZATION'S NAME:**   WENDI LEE CRUMP
**MAILING ADDRESS:**   3003 Hospital Drive
**CITY:** Cheverly    **STATE:** MARYLAND    **POSTAL CODE:** 20785    **COUNTRY:** United States

## SECURED PARTY INFORMATION

√ **Assignor**

**INDIVIDUAL'S SURNAME:**   :Crump    **FIRST PERSONAL NAME:**   :Wendi-Lee
**ADDITIONAL NAME(S)/INITIAL(S):**   **SUFFIX:**
**MAILING ADDRESS:**   2603 Caralee Place
**CITY:** Columbus    **STATE:** OHIO    **POSTAL CODE:** [43219] RFD    **COUNTRY:** United States

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

**Collateral is:**   Held in Trust

## FILING TYPE

Transmitting Utility: Yes

Public Finance: No

Manufactured Home: No

Agriculture Lien: Yes

Non-Ucc Filling: Yes

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Consignee/Consignor: No

Seller/Buyer: No

Bailee/Bailor: Yes

Licensee/Licensor: No



**Frank LaRose**
*Ohio Secretary of State*

| | |
|---|---|
| File No: | SR1495313 |
| FS Number: | OH00266507408 |
| Date Filed: | 18 August 2025 14:34:21 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:**   Wendi Crump
**PHONE NUMBER:**   614-330-0225
**EMAIL CONTACT AT FILER:**   wendi.crump@gmail.com
**SEND ACKNOWLEDGEMENT TO:**   Wendi Crump
2603 Caralee Place
Columbus
OHIO
43219
United States

## COLLATERAL CHANGE

**INITIAL FINANCING STATEMENT FILE NUMBER: OH00266507408**

**Type of Collateral: Add Collateral**

**Indicate Collateral:**

Collateral includes, without limitation:
1.    All court cases, claims, causes of action, judgments, bonds, securities, fines, penalties, settlements, and accounts whether now existing or hereafter arising, including but not limited to Case Nos. 2023 TR D 147068; 2023 CR B 019832; 2023 CR B 007630; 2018 TR D 198054; 2023 TR C 117625; 2022 CVF 022874; 2021 CVF 019162; 2021 CVF 011139; 2020 CVF 032650; 2019 EVH 060868; 2018 TR C 179142; 2012 TR D 177072; 22 JG 036827; 22 JG 043342; 23 JG 035401; 18 JG 045711; 21 JG 101709; 24 AP 000113; 24 AP 000114
2.    All proceeds, disbursements, credits, offsets, adjustments, and settlements resulting from said cases or claims, including any associated CUSIP, Treasury account, or financial instrument created, issued, pledged, or traded in connection therewith.
3.    All real property, parcels, and improvements connected to the cases or claims, including but not limited to 010-020554-00 214 - 216 N TWENTIE... 010-031611-00 179 - 181 N MONROE ... 010-031612-00 188 - 190 N TALMADG... 010-141525-00 2603 CARALEE PL...
4.    All personal property, accounts receivable, deposits, escrow funds, insurance proceeds, trust assets, and rights of action.
5.    All substitutions, accessions, renewals, extensions, and replacements of the foregoing, and all products and proceeds thereof, whether tangible, intangible, electronic, or paper.
This amendment supplements and relates back to original Financing Statement FS# OH00266507408. Said collateral is held in trust and claimed by the secured party with a continuing priority interest.

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Existing Secured Party

**INDIVIDUAL'S SURNAME:**   :Crump       **FIRST PERSONAL NAME:**   :Wendi-Lee

**ADDITIONAL NAME(S)/INITIAL(S):**       **SUFFIX:**

**MAILING ADDRESS:**    2603 Caralee Place

**CITY:** Columbus    **STATE:** OHIO    **POSTAL CODE:** [43219] RFD    **COUNTRY:** United States

# Exhibit B

# Proof of Presentment and Non-Response (USPS form 3877 with receipts)

UNITED STATES
POSTAL SERVICE®

**Firm Mailing Book For Accountable Mail**

**Name and Address of Sender**

Wendi Lee Crump
c/o 1985 W. Henderson Road
Suite 63204
Columbus, Ohio

WLC-147068

Affix Stamp Here
(for additional copies of this receipt).
Postmark with Date of Receipt.

U.S. POSTAGE PAID
COLUMBUS, OH
AUG 2025
$2.10
S2324N502243-7

| | USPS Tracking/Article Number | Check Type of mail or service | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | Fee (Extra Service) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ☐ Adult Signature Required  ☐ Priority Mail Express | | | | | | | | | | |
| | | ☐ Adult Signature Restricted Delivery  ☐ Registered Mail | | | | | | | | | | |
| | | ☐ Certified Mail  ☐ Return Receipt for | | | | | | | | | | |
| | | ☐ Certified Mail Restricted Delivery  Merchandise | | | | | | | | | | |
| | | ☐ Collect on Delivery (COD)  ☐ Signature Confirmation | | | | | | | | | | |
| | | ☐ Insured Mail  ☐ Signature Confirmation | | | | | | | | | | |
| | | ☐ Priority Mail  Restricted Delivery | | | | | | | | | | |
| 1. | MID: 08/04/2025  BULK RESCISSION PACKAGE  PO: 12/04/2023 | | Franklin County Municipal Court – Traffic Division  Lori Tyack  375 South High Street  Columbus, Ohio 43215  95344-01-61 - 56.67 | 53.16 - 30-49 - 56 | | | | | | | | |
| 2. | 9589 0710 5270 2372  1045 24 | | City of Columbus- Columbus City Attorney Prosecutor Division  Zach Klein  375 S. High Street,  7th Floor  Columbus, Ohio 43215 | | | | | | | | | |
| 3. | 9589 0710 5270 2372  1045 17 | | Franklin County Municipal Court  Mark Hummer - Attn: Chambers – Private Administrative Notice  375 S. High Street  Columbus, Ohio 43215 | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Handling Charge - if Registered and over $50,000 val.

CHRIS... ...PER COL...
AUG - 4 2025
43215
...COLUMBUS

Adult Signature Required
Adult Signature Restricted Delivery
Restricted Delivery
Return Receipt
Signature Confirmation
Signature Confirmation Restricted Delivery
Special Handling

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | Fee | SH Fee |
|---|---|---|---|---|
| | | Completed in Ink | | |

PS Form 3877, January 2017 (Page 1 of 2)
PSN 7530-02-000-9098

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

Page 1 of 1

**UNITED STATES**
**POSTAL SERVICE** ®

**Firm Mailing Book For Accountable Mail**

**WLC-147068 NOD**

| Name and Address of Sender | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value If Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Wendi Lee Crump** c/o 921 E. Main Street Suite A Columbus, Ohio | 9589 0710 5270 1126 7925 | **Franklin County Municipal Court – Traffic Division** Lori Tyack 375 South High Street Columbus, Ohio 43215 | | | | | | | | | | | | | |
| | 9589 0710 5270 1126 7925 | **City of Columbus- Columbus City Attorney Prosecutor Division** Zach Klein 375 S. High Street, 7th Floor Columbus, Ohio 43215 | | | | | | | | | | | | | |
| | 9589 0710 5270 1126 7926-16 | **Franklin County Municipal Court** Mark Hammer - Attn: Chambers – Private Administrative Notice 375 S. High Street Columbus, Ohio 43215 | | | | | | | | | | | | | |

Check type of mail or service:
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery (COD)
☐ Insured Mail
☐ Priority Mail
☐ Priority Mail Express
☐ Registered Mail
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Affix Stamp Here
(for additional copies of this receipt)
Postmark with Date of Receipt.

Handwritten notes:
9589 0710 5270 1126 7925
right to cure
NOTICE OF DEMURRER
M.D. 08/04/2025
P.D. 12/04/2023
or

9589 0710 5270 1126 7925
right to cure

9589 0710 5270 1126 7926-16
right to cure

**U.S. POSTAGE PAID**
COLUMBUS, OH
43216
AUG 19, 25
AMOUNT
**$2.10**
S2024Y50Q653-30

0000

Complete in Ink

Postmaster, Per (Name of receiving employee)

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

**Privacy Notice: For more information on USPS privacy policies, visit *usps.com/privacypolicy*.**
**Page 1 of 1**





# Exhibit C

# Copy of Original Notice of Dishonor

WLC-147068 NOD

# <u>NOTICE OF DISHONOR</u>

Date of Notice: Day: Four, Month: Eight, Year: 2025 C.E.

Franklin County Municipal Court – Traffic Division
Lori Tyack
375 South High Street
1st Floor
Columbus, Ohio 43215
United States

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"**, dated: 08/04/2025. in reply to your Presentment I hereby give notice of the full rescission and discharge of all commercial. legal, administrative, and judicial instruments arising from or connected to the traffic case identified above. This includes the initial citation and any related filings, judgments, warrants or records, all of which are hereby returned for value and discharged under equity.

Certified Mail No. 9589 0710 5270 2372 1095 00
Accepted for Value – Returned in Honor
For settlement and closure of account Statement date: 12/04/2023 has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

*Wendi Lee Crump*                         Sincerely,

Wendi Lee Crump
c/o 921 E Main Street
Suite A
Columbus, Ohio

CC: City of Columbus- Columbus City Attorney Prosecutor Division Zach Klein, 375 S. High Street, 7th Floor Columbus Ohio 43215 United States
CC: Franklin County Municipal Court Mark Hummer - Attn: Chambers – Private Administrative Notice. 375 S. High Street Columbus Ohio 43215 United States
CC: C/O Wendi Lee Crump. 921 E Main Street, Suite A, Columbus. Ohio

NOTICE of DISHONOR

## **COVER LETTER FOR NOTICE TO CURE**

Wendi Crump

c/o 921 E. Main Street suite A

Columbus Ohio

Date: AUG 1 9 2025

To: Clerk of Courts

Franklin County Municipal Court, Traffic Division

375 S High Street 1st Floor, Columbus Ohio 43215

Re: Case of Wendi Crump

Case No: 2023 TR D 147068

Dear Clerk of Courts,

Enclosed for filing and entry into the docket are the following instruments concerning the above-referenced case(s) of Wendi Crump:

1. Notice of Right to Cure

### **Instructions for Filing**
- Each instrument is to be entered into the docket under its full title, exactly as listed above.
- These filings are not to be mislabeled as 'letters' or 'exhibits.'
- Please ensure that the docket reflects the precise name of each filing.
- Return a stamped acknowledgment of receipt for confirmation.

The enclosed instruments are tendered for administrative cure and to correct the record. All rights are reserved, without prejudice, UCC 1-308.

Thank you for your prompt attention and accuracy in handling this matter.

Respectfully, *Wendi Lee Crump*

Wendi Crump, Sui Juris

All rights are reserved, without prejudice, UCC 1-308

Cover Letter                    Clerk of Court                    Case #2023 TR D 147068

**RIGHT TO CURE NOTICE**
Wendi Crump

c/o 921 E Main Street Suite A
Columbus, Ohio

**Date:** August 15, 2025

**TO:** Franklin County Municipal Court- Traffic Division
375 S High Street 1ˢᵗ floor, Columbus Ohio 43215

**CC:**

ZACH KLEIN
MARK HUMMER

---

**RE: Notice of Right to Cure – Failure to Respond to Rescission**

On August 4, 2025, I issued and served a Notice of Rescission concerning: *case*# 2023 TRD 147068, which was duly received by the above-named parties. The rescission included clear terms allowing three (3) days from receipt to respond or rebut as of August 15ᵗʰ ,2025.

As of today's date, no response, rebuttal, or other correspondence has been received from any party. In fairness, I granted additional days beyond the three-day period.

This Right to Cure grants a final twenty-four (24) hours from the date and time of this notice for the parties to respond and cure the dishonor. Failure to respond within this final opportunity will constitute final dishonor and agreement by silence.

Upon expiration of the cure period without a proper, verified, and lawful response, the matter will be deemed settled, and I will demand:

1. Full rendering and closure of all associated accounts; and
2. Purging of the record and docket related to this case in its entirety.

This notice, along with proof of service, will be placed on the record with the Court to document compliance with the administrative process and the opportunity to cure.

---

Page **2** of **2**

**By:** _Wendi Lee Crump_
Wendi Crump-Sui Juris Without Recourse


**Attachments:**

- Right to Cure
- Proof of Service of Rescission

**Cover Letter – Notarial Protest of Dishonor Filing**

Wendi Crump
c/o 921 E Main Street STE A
Columbus, Ohio

Date: _8/25/25_

~~Clerk of the Court / Recorder of Deeds~~
~~District of Columbia~~
~~Office of the Recorder of Deeds~~
~~1101 4th Street SW~~
~~Washington, D.C. 20024~~

U.S. District Court for D.C
Clerk's office
333 Constitution Ave N.W
Washington D.C 20001

RE: Filing of Notarial Protest of Dishonor – Certificate of Dishonor (Administrative Record)
Case Reference: Franklin County Municipal Court, Case No. 2018 TR C 179142
UCC Filing Reference: OH00266507408

Dear Clerk,

Enclosed please find a duly executed Certificate of Dishonor – Administrative Record,
together with the attached Notarial Protest of Dishonor and acknowledgment block for
official recordation.

This document is a Formal Instrument prepared under commercial and notarial process,
and is to be entered into the public record of Washington, D.C. to stand as conclusive
evidence of dishonor in the above-referenced case.

Kindly:
1. File and record this instrument under:
   - Instrument Title: Certificate of Dishonor – Administrative Record
   - Subcategory: Notarial Protest / Formal Instrument
   - Case Reference: 2018 TR C 179142 (Franklin County Municipal Court, Columbus, Ohio)
   - UCC Reference: OH00266507408 (Filed with the Ohio Secretary of State)
2. Return a certified copy or recordation receipt using the enclosed self-addressed stamped
envelope.

This filing also serves as notice that any and all monies, fees, bonds, or funds collected in

relation to the above-referenced case are to be fully refunded and reconciled. A check shall be cut payable to 'Wendi Crump'. Furthermore, all IRS filings, reports, and accounting entries associated with this case must be matched, corrected, and reconciled to reflect the refund. This matter is to be treated as a tax matter, and failure to properly account for and report the refund shall constitute further dishonor, conversion, and misapplication of trust funds.

Thank you for preserving the integrity of this record.

Respectfully submitted,

Wendi Crump
Secured Party / Authorized Representative

All Rights Reserved UCC 1-308

Enclosures:
- Certificate of Dishonor – Administrative Record (with Notarial Protest)
- Exhibit A – UCC Filing OH00266507408 (copy)
- Exhibit B – Proof of Presentment & Non-Response
- Exhibit C – Original Notice of Dishonor

# CERTIFICATE OF DISHONOR

Administrative Record – Formal Instrument

Case No. 2018 TR C 179142 – Franklin County Municipal Court (Traffic)

UCC Filing Reference: OH00266507408

## Notice of Dishonor

1. Presentment was duly made upon the parties in the above-referenced matter on the 4th day of August, 2025. Said presentment provided lawful opportunity to rebut, cure, or otherwise respond within the allotted time. As of the 19th of August, 2025 a notice to cure was sent, again no response.

2. No response, rebuttal, or cure was received. Silence and inaction constitute dishonor by operation of law.

3. Accordingly, I, Wendi Crump, hereby certify dishonor of the presentment and all associated instruments, pleadings, motions, warrants, and/or enforcement actions tied to Case No. 2018 TR C 179142.

4. This dishonor is now made part of the administrative record and is incorporated into and made part of UCC Financing Statement No. OH00266507408, filed with the Secretary of State, State of Ohio. All rights, titles, and interests are reserved and perfected therein, and this dishonor attaches as collateral evidence to said filing.

## Refund and Restitution Requirement

All monies, fines, fees, bonds, or other payments collected, received, or otherwise obtained from the above-referenced case 2018 TR C 179142 are to be fully refunded. A check shall be cut and issued payable to 'Wendi Crump', without delay, within ten (10) business days of receipt of this filing.

In addition, any and all IRS filings, reports, or accounting entries associated with said case shall be matched, adjusted, and reconciled to reflect the refund of funds. This matter shall be treated as a tax matter, and all refunds, credits, and set-offs must be reported accordingly to ensure compliance with the Internal Revenue Service.

Failure to return said funds and to correct all related IRS filings constitutes further dishonor, conversion, and misapplication of trust funds, subject to the fee schedule below and all remedies available at law and equity

## Fee Schedule – Agreed Damages

By silence, non-response, or further dishonor, the following terms apply and become binding upon all parties:

- $10,000.00 – per court appearance compelled under dishonor.
- $5,000.00 – per unlawful order, motion, or filing entered after administrative closure.
- $10,000.00 – per violation of trust, trespass, or interference with liberty.
- $25,000.00 – per day for unlawful detention, arrest, or loss of liberty.
- $100,000.00 – penalty for issuance or execution of any warrant under dishonor.
- $250,000.00 – per act of conversion, theft, or withholding of funds lawfully due.
- All refunds owed under Case No. 2018 TR C 179142 shall accrue interest at 1.5% per day until paid in full.

## Parties Dishonored

This Certificate of Dishonor applies to, but is not limited to:

- Hon. ~~████████~~ *Jessica D'Varga*, Presiding Judge, Franklin County Municipal Court
- Prosecuting Attorney(s) *Zach Klein*
- City of Columbus / State of Ohio
- Clerk of Court, Franklin County Municipal Court — *Lori Tyack*
- Law Enforcement Agencies and Officers involved in enforcement of said matter

## Certification

Having afforded due process and opportunity to cure, and receiving no lawful rebuttal, the matter stands in dishonor and is closed administratively. All liabilities, penalties, and consequences arising from said dishonor are hereby assessed in accordance with the fee schedule provided herein.

## Exhibits Attached

- Exhibit A – UCC Financing Statement No. OH00266507408 (SOS Printout)
- Exhibit B – Proof of Presentment and Non-Response (USPS form 3877 with receipts)
- Exhibit C – Copy of Original Notice of Dishonor

## Signature

Executed this *25* day of *August*, 2025

_Wendi Crump_
Wendi Crump
Secured Party – All rights Reserved UCC 1-308

District of Columbia
Signed and sworn to (or affirmed) before me on
*AUG 25, 25* by *Honorio Barillo*
Date            Name(s) of Individual(s) making statement
*Notary Public*
Signature of Notarial Officer
*Notary*
Title of Office
My commission expires: *06-14-30*

HONORIO BARILLO
Notary Public, District of Columbia
My Commission Expires June 14, 2030



Wendi Crump
All rights reserved – UCC 1-308

## NOTARIAL PROTEST OF DISHONOR

District of Columbia ) ss.:

Be it known, that on this 25th day of August, 2025, before me, the undersigned Notary Public, duly commissioned and sworn in and for the District of Columbia, personally appeared Wendi Crump, who did present for protest this Certificate of Dishonor – Administrative Record relating to Case No. 2018 TR C 179142.

Lawful presentment was made upon the parties, and no timely rebuttal, cure, or response was received. Therefore, I, the undersigned Notary Public, at the request of said party, do hereby solemnly PROTEST against the dishonor, non-response, and failure to perform by the parties noticed therein.

In testimony whereof, I hereunto set my hand and affix my official notarial seal, at Washington, D.C., on the day and year first above written.

Notary Public, District of Columbia

My Commission Expires: 06-14-30

HONORIO BARILLO
Notary Public, District of Columbia
My Commission Expires June 14, 2030

District of Columbia
Signed and sworn to (or affirmed) before me on
AUG 25, 25 by HONORIO BARILLO
Date          Name(s) of Individual(s) making statement

Signature of Notarial Officer

Title of Office   NOTARY PUBLIC
My commission expires: 06-14-30

Case No. 2018 TR C 179142 – Certificate of Dishonor – Administrative Record  |  UCC
Filing Reference: OH00266507408

# Exhibit A –

# UCC Financing Statement No. OH00266507408 SOS Printout

WLC-179142-NOD

# NOTICE OF DISHONOR

Date of Notice: Day: Four, Month: Eight, Year: 2025 C.E.

Franklin County Municipal Court – Traffic Division
Lori Tyack
375 South High Street
1st Floor
Columbus, Ohio 43215
United States

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"**, dated: 08/04/2025, in reply to your Presentment I hereby give notice of the full rescission and discharge of all commercial, legal, administrative, and judicial instruments arising from or connected to the traffic case identified above. This includes the initial citation and any related filings, judgments, warrants or records, all of which are hereby returned for value and discharged under equity.

Certified Mail No. 9589 0710 5270 2372 1095 89
Accepted for Value – Returned in Honor
For settlement and closure of account Statement date: 10/01/2018 has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Wendi Lee Crump*

Wendi Lee Crump
c/o 921 E Main Street
Suite A
Columbus, Ohio

CC: City of Columbus- Columbus City Attorney Prosecutor Division Zach Klein, 375 S. High Street, 7th Floor Columbus Ohio 43215 United States
CC: Franklin County Municipal Court Jessica D'Varga - Attn: Chambers – Private Administrative Notice, 375 S. High Street Columbus Ohio 43215 United States
CC: C/O Wendi Lee Crump, 921 E Main Street, Suite A, Columbus. Ohio

NOTICE of DISHONOR

# Exhibit B

# Proof of Presentment and Non-Response (USPS form 3877 with receipts)

**UNITED STATES POSTAL SERVICE®**

WLC-179142

**Firm Mailing Book For Accountable Mail**

**Name and Address of Sender**

Wendi Lee Crump
c/o 1985 W. Henderson Road
Suite 63204
Columbus, Ohio

| | USPS Tracking/Article Number | Check type of mail or service | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Servi... | Handling Charge – if Registered and over $50.00 | Adult Signature Required | Adult Signature Restricted Delivery | Restricted Delivery | Return Receipt | Signature Confirmation | Signature Confirmation Restricted Delivery | Special Handling | rce SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 9588 0710 5270 2342 1045 72 MR-180412025 BULK RESCISSION PACKAGE FM PD: 10/01/2018 | ☐ Priority Mail Express ☐ Adult Signature Required ☐ Adult Signature Restricted Delivery ☐ Certified Mail ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery (COD) ☐ Insured Mail ☐ Priority Mail ☐ Registered Mail ☐ Return Receipt for Merchandise ☐ Signature Confirmation ☐ Signature Confirmation Restricted Delivery | Franklin County Municipal Court – Traffic Division Lori Tyack 375 South High Street 1st Floor Columbus, Ohio 43215 | | | | | | | | | | | | |
| 2. | 9588 0710 5270 2342 1045 72 | | City of Columbus– Columbus City Attorney Prosecutor Division Zach Klein 375 S. High Street, 7th Floor Columbus, Ohio 43215 | | | | | | | | | | | | |
| 3. | 9588 0710 5270 2342 1045 72 | | Franklin County Municipal Court Jessica D'Varga – Attn: Chambers – Private Administrative Notice 375 S. High Street Columbus, Ohio 43215 | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | |

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | Completed in ink |
|---|---|---|---|

PS Form 3877, January 2017 (Page 1 of 2)
PSN 7530-02-000-9098

U.S. POSTAGE PAID
COLUMBUS, OH
43215
AMOUNT
$2.10
S202AN02240-7

Affix Stamp Here (for additional copies of this receipt). Postmark with Date of Receipt.

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.
Page 1 of 1

**UNITED STATES POSTAL SERVICE ®**

Firm Mailing Book For Accountable Mail

WLC-117625 NOD

| Name and Address of Sender | | Check type of mail or service | | | |
|---|---|---|---|---|---|
| Wendi Lee Crump | | ☐ Adult Signature Required | ☐ Priority Mail Express | | |
| c/o 921 E. Main Street | | ☐ Adult Signature Restricted Delivery | ☐ Registered Mail | | |
| Suite A | | ☐ Certified Mail | ☐ Return Receipt for | | |
| Columbus, Ohio | | ☐ Certified Mail Restricted Delivery | Merchandise | | |
| | | ☐ Collect on Delivery (COD) | ☐ Signature Confirmation | | |
| | | ☐ Insured Mail | ☐ Signature Confirmation | | |
| | | ☐ Priority Mail | Restricted Delivery | | |

Affix Stamp Here
(for additional copies of this receipt).
**Postmark with Date of Receipt.**

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code ™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US 84-0710-5970 106 MID: 08/04/2025 NOTICE OF DISHONOR PID: 10/01/2018 7948 18 | Franklin County Municipal Court – Traffic Division Lori Tyack 375 South High Street 1st Floor Columbus, Ohio 43215 | | | | | | | | | | | | | |
| 9584-0710-5970 1126-7948 32 right to cure | City of Columbus–Columbus City Attorney Prosecutor Division Zach Klein 375 S. High Street, 7th Floor Columbus, Ohio 43215 | | | | | | | | | | | | | |
| 9584 0710 5970 1126 7948 25 right to cure | Franklin County Municipal Court Mark Hummer – Attn: Chambers – Private Administrative Notice 375 S. High Street Columbus, Ohio 43215 | | | | | | | | | | | | | |

U.S. POSTAGE PAID
COLUMBUS, OH
43218
AUG 05 25
AMOUNT
$2.10
$2324Y50093430

0000

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) |
|---|---|---|

Complete in Ink

PS Form **3877**, January 2017 (Page 1 of 2)
PSN 7530-02-000-9098

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.
Page 1 of 1







# Exhibit C

# Copy of Original Notice of Dishonor



| | |
|---|---|
| FS Number: | OH00266507408 |
| Date Filed: | 08 September 2022 20:38:22 |

# UCC FINANCING STATEMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:**    Wendi Crump.

**PHONE NUMBER:**    614-330-0225

**EMAIL CONTACT AT FILER:**    wendi.crump@gmail.com

**SEND ACKNOWLEDGEMENT TO:**    Wendi Crump
2603 Caralee Place
Columbus
OHIO
43219
United States

## DEBTOR INFORMATION

**ORGANIZATION'S NAME:**    WENDI LEE CRUMP

**MAILING ADDRESS:**    3003 Hospital Drive

**CITY:** Cheverly    **STATE:** MARYLAND    **POSTAL CODE:** 20785    **COUNTRY:** United States

## SECURED PARTY INFORMATION

√ **Assignor**

**INDIVIDUAL'S SURNAME:**    :Crump    **FIRST PERSONAL NAME:**    :Wendi-Lee

**ADDITIONAL NAME(S)/INITIAL(S):**    **SUFFIX:**

**MAILING ADDRESS:**    2603 Caralee Place

**CITY:** Columbus    **STATE:** OHIO    **POSTAL CODE:** [43219] RFD    **COUNTRY:** United States

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

**Collateral is:**    Held in Trust

## FILING TYPE

Transmitting Utility: Yes

Public Finance: No

Manufactured Home: No

Agriculture Lien: Yes

Non-Ucc Filling: Yes

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Consignee/Consignor: No

Seller/Buyer: No

Bailee/Bailor: Yes

Licensee/Licensor: No



| | |
|---|---|
| File No: | SR1495313 |
| FS Number: | OH00266507408 |
| Date Filed: | 18 August 2025 14:34:21 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:**     Wendi Crump
**PHONE NUMBER:**                          614-330-0225
**EMAIL CONTACT AT FILER:**        wendi.crump@gmail.com
**SEND ACKNOWLEDGEMENT TO:**   Wendi Crump
2603 Caralee Place
Columbus
OHIO
43219
United States

## COLLATERAL CHANGE

**INITIAL FINANCING STATEMENT FILE NUMBER: OH00266507408**

**Type of Collateral: Add Collateral**

**Indicate Collateral:**

Collateral includes, without limitation:
1.      All court cases, claims, causes of action, judgments, bonds, securities, fines, penalties, settlements, and accounts whether now existing or hereafter arising, including but not limited to Case Nos. 2023 TR D 147068; 2023 CR B 019832; 2023 CR B 007630; 2018 TR D 198054; 2023 TR C 117625; 2022 CVF 022874; 2021 CVF 019162; 2021 CVF 011139; 2020 CVF 032650; 2019 EVH 060868; 2018 TR C 179142; 2012 TR D 177072; 22 JG 036827; 22 JG 043342; 23 JG 035401; 18 JG 045711; 21 JG 101709; 24 AP 000113; 24 AP 000114
2.      All proceeds, disbursements, credits, offsets, adjustments, and settlements resulting from said cases or claims, including any associated CUSIP, Treasury account, or financial instrument created, issued, pledged, or traded in connection therewith.
3.      All real property, parcels, and improvements connected to the cases or claims, including but not limited to 010-020554-00 214 - 216 N TWENTIE... 010-031611-00 179 - 181 N MONROE ... 010-031612-00 188 - 190 N TALMADG... 010-141525-00 2603 CARALEE PL...
4.      All personal property, accounts receivable, deposits, escrow funds, insurance proceeds, trust assets, and rights of action.
5.      All substitutions, accessions, renewals, extensions, and replacements of the foregoing, and all products and proceeds thereof, whether tangible, intangible, electronic, or paper.
This amendment supplements and relates back to original Financing Statement FS# OH00266507408. Said collateral is held in trust and claimed by the secured party with a continuing priority interest.

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Existing Secured Party

**INDIVIDUAL'S SURNAME:**     :Crump          **FIRST PERSONAL NAME:**     :Wendi-Lee

**ADDITIONAL NAME(S)/INITIAL(S):**                          **SUFFIX:**

**MAILING ADDRESS:**    2603 Caralee Place

**CITY:** Columbus      **STATE:** OHIO      **POSTAL CODE:** [43219] RFD      **COUNTRY:** United States

## COVER LETTER FOR NOTICE TO CURE

Wendi Crump

c/o 921 E. Main Street suite A

Columbus Ohio

Date: AUG 1 9 2025

To: Clerk of Courts

Franklin County Municipal Court, Traffic Division

375 S High Street 1st Floor, Columbus Ohio 43215

Re: Case of Wendi Crump

Case No: 2018 TR C 179142

Dear Clerk of Courts,

Enclosed for filing and entry into the docket are the following instruments concerning the above-referenced case(s) of Wendi Crump:

1. Notice of Right to Cure

### Instructions for Filing

- Each instrument is to be entered into the docket under its full title, exactly as listed above.
- These filings are not to be mislabeled as 'letters' or 'exhibits.'
- Please ensure that the docket reflects the precise name of each filing.
- Return a stamped acknowledgment of receipt for confirmation.

The enclosed instruments are tendered for administrative cure and to correct the record. All rights are reserved, without prejudice, UCC 1-308.

Thank you for your prompt attention and accuracy in handling this matter.

Respectfully,  *Wendi Lee Crump*

Wendi Crump, Sui Juris

All rights are reserved, without prejudice, UCC 1-308

Cover Letter                    Clerk of Court                    Case #2018 TR C 179142

**RIGHT TO CURE NOTICE**
Wendi Crump

c/o 921 E Main Street Suite A
Columbus, Ohio

**Date:** August 15, 2025

**TO:** Franklin County Municipal Court- Traffic Division
375 S High Street 1st floor, Columbus Ohio 43215

**CC:**

ZACH KLEIN
MARK HUMMER

**RE: Notice of Right to Cure – Failure to Respond to Rescission**

On August 4, 2025, I issued and served a Notice of Rescission concerning: *case#* 2018 TRC
179142, which was duly received by the above-named parties. The rescission included clear
terms allowing three (3) days from receipt to respond or rebut as of August 15th ,2025.

As of today's date, no response, rebuttal, or other correspondence has been received from any
party. In fairness, I granted additional days beyond the three-day period.

This Right to Cure grants a final twenty-four (24) hours from the date and time of this notice for
the parties to respond and cure the dishonor. Failure to respond within this final opportunity will
constitute final dishonor and agreement by silence.

Upon expiration of the cure period without a proper, verified, and lawful response, the matter
will be deemed settled, and I will demand:

1. Full rendering and closure of all associated accounts; and
2. Purging of the record and docket related to this case in its entirety.

This notice, along with proof of service, will be placed on the record with the Court to document
compliance with the administrative process and the opportunity to cure.

Notice Of Dishonor                    Right to Cure                    Case # 2018 TRC 179142

Page **2** of **2**

By: *Wendi Lee Crump*

Wendi Crump-Sui Juris Without Recourse

**Attachments:**

- Right to Cure
- Proof of Service of Rescission

## Cover Letter – Notarial Protest of Dishonor Filing

Wendi Crump
c/o 921 E Main Street STE A
Columbus, Ohio


Date: _8/25/25_


~~Clerk of the Court / Recorder of Deeds~~
~~District of Columbia~~
~~Office of the Recorder of Deeds~~
~~1101 4th Street SW~~
~~Washington, D.C. 20024~~

U. S. District Court for D.C
Clerk's office
333 Constitution Ave NW
Washington, D.C 20001


RE: Filing of Notarial Protest of Dishonor – Certificate of Dishonor (Administrative Record)
Case Reference: Franklin County Municipal Court, Case No. 2018 TR D 198054
UCC Filing Reference: OH00266507408


Dear Clerk,


Enclosed please find a duly executed Certificate of Dishonor – Administrative Record,
together with the attached Notarial Protest of Dishonor and acknowledgment block for
official recordation.

This document is a Formal Instrument prepared under commercial and notarial process,
and is to be entered into the public record of Washington, D.C. to stand as conclusive
evidence of dishonor in the above-referenced case.

Kindly:
1. File and record this instrument under:
   - Instrument Title: Certificate of Dishonor – Administrative Record
   - Subcategory: Notarial Protest / Formal Instrument
   - Case Reference: 2018 TR D 198054 (Franklin County Municipal Court, Columbus, Ohio)
   - UCC Reference: OH00266507408 (Filed with the Ohio Secretary of State)
2. Return a certified copy or recordation receipt using the enclosed self-addressed stamped
envelope.

This filing also serves as notice that any and all monies, fees, bonds, or funds collected in

relation to the above-referenced case are to be fully refunded and reconciled. A check shall be cut payable to 'Wendi Crump'. Furthermore, all IRS filings, reports, and accounting entries associated with this case must be matched, corrected, and reconciled to reflect the refund. This matter is to be treated as a tax matter, and failure to properly account for and report the refund shall constitute further dishonor, conversion, and misapplication of trust funds.

Thank you for preserving the integrity of this record.

Respectfully submitted,

Wendi Crump
Secured Party / Authorized Representative

All Rights Reserved UCC 1-308

Enclosures:
- Certificate of Dishonor – Administrative Record (with Notarial Protest)
- Exhibit A – UCC Filing OH00266507408 (copy)
- Exhibit B – Proof of Presentment & Non-Response
- Exhibit C – Original Notice of Dishonor

# <u>CERTIFICATE OF DISHONOR</u>

### Administrative Record – Formal Instrument

Case No. 2018 TR C 198054 – Franklin County Municipal Court (Traffic)

UCC Filing Reference: OH00266507408

### Notice of Dishonor

1. Presentment was duly made upon the parties in the above-referenced matter on the 4th day of August, 2025. Said presentment provided lawful opportunity to rebut, cure, or otherwise respond within the allotted time. As of the 19th of August, 2025 a notice to cure was sent, again no response.

2. No response, rebuttal, or cure was received. Silence and inaction constitute dishonor by operation of law.

3. Accordingly, I, Wendi Crump, hereby certify dishonor of the presentment and all associated instruments, pleadings, motions, warrants, and/or enforcement actions tied to Case No. 2018 TR C 198054.

4. This dishonor is now made part of the administrative record and is incorporated into and made part of UCC Financing Statement No. OH00266507408, filed with the Secretary of State, State of Ohio. All rights, titles, and interests are reserved and perfected therein, and this dishonor attaches as collateral evidence to said filing.

## Refund and Restitution Requirement

All monies, fines, fees, bonds, or other payments collected, received, or otherwise obtained from the above-referenced case 2018 TR C 198054 are to be fully refunded. A check shall be cut and issued payable to 'Wendi Crump', without delay, within ten (10) business days of receipt of this filing.

In addition, any and all IRS filings, reports, or accounting entries associated with said case shall be matched, adjusted, and reconciled to reflect the refund of funds. This matter shall be treated as a tax matter, and all refunds, credits, and set-offs must be reported accordingly to ensure compliance with the Internal Revenue Service.

Failure to return said funds and to correct all related IRS filings constitutes further dishonor, conversion, and misapplication of trust funds, subject to the fee schedule below and all remedies available at law and equity

## Fee Schedule – Agreed Damages

By silence, non-response, or further dishonor, the following terms apply and become binding upon all parties:

- $10,000.00 – per court appearance compelled under dishonor.
- $5,000.00 – per unlawful order, motion, or filing entered after administrative closure.
- $10,000.00 – per violation of trust, trespass, or interference with liberty.
- $25,000.00 – per day for unlawful detention, arrest, or loss of liberty.
- $100,000.00 – penalty for issuance or execution of any warrant under dishonor.
- $250,000.00 – per act of conversion, theft, or withholding of funds lawfully due.
- All refunds owed under Case No. 2018 TR C 198054 shall accrue interest at 1.5% per day until paid in full.

## Parties Dishonored

This Certificate of Dishonor applies to, but is not limited to:

- Hon. ~~Jessica D'Varga~~, Presiding Judge, Franklin County Municipal Court
- Prosecuting Attorney(s) —Zach Klein
- City of Columbus / State of Ohio
- Clerk of Court, Franklin County Municipal Court — LoriTyack
- Law Enforcement Agencies and Officers involved in enforcement of said matter

## Certification

Having afforded due process and opportunity to cure, and receiving no lawful rebuttal, the matter stands in dishonor and is closed administratively. All liabilities, penalties, and consequences arising from said dishonor are hereby assessed in accordance with the fee schedule provided herein.

## Exhibits Attached

- Exhibit A – UCC Financing Statement No. OH00266507408 (SOS Printout)
- Exhibit B – Proof of Presentment and Non-Response (USPS form 3877 with receipts)
- Exhibit C – Copy of Original Notice of Dishonor

## Signature

Executed this 25th day of August, 2025.

Wendi Crump
Secured Party – All rights Reserved UCC 1-308

District of Columbia
Signed and sworn to (or affirmed) before me on
08-25-25 by HONORIO BARILLO
Date          Name(s) of Individual(s) making statement

Signature of Notarial Officer

NOTARY PUBLIC
Title of Office
My commission expires: 06-14-30

HONORIO BARILLO
Notary Public, District of Columbia
My Commission Expires June 14, 2030



Wendi Crump
All rights reserved

## NOTARIAL PROTEST OF DISHONOR

District of Columbia ) ss.:

Be it known, that on this _25th_ day of _August_, 2025, before me, the undersigned Notary Public, duly commissioned and sworn in and for the District of Columbia, personally appeared Wendi Crump, who did present for protest this Certificate of Dishonor – Administrative Record relating to Case No. 2018 TR C 198054.

Lawful presentment was made upon the parties, and no timely rebuttal, cure, or response was received. Therefore, I, the undersigned Notary Public, at the request of said party, do hereby solemnly PROTEST against the dishonor, non-response, and failure to perform by the parties noticed therein.

In testimony whereof, I hereunto set my hand and affix my official notarial seal, at Washington, D.C., on the day and year first above written.

Notary Public, District of Columbia

My Commission Expires: _06-14-25_

HONORIO BARILLO
Notary Public, District of Columbia
My Commission Expires June 14, 2030

Case No. 2018 TR C 198054 – Certificate of Dishonor – Administrative Record  |  UCC
Filing Reference: OH00266507408

# Exhibit A –

# UCC Financing Statement No. OH00266507408 SOS Printout

WLC-198054 NOD

# NOTICE OF DISHONOR

Date of Notice: Day: Four, Month: Eight, Year: 2025 C.E.

Franklin County Municipal Court – Traffic Division
Lori Tyack
375 South High Street
1st Floor
Columbus, Ohio 43215
United States

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"**, dated: 08/04/2025, in reply to your Presentment In Regards to Case: 2018 TR D 198054

I hereby give notice of the full rescission and discharge of all commercial, legal, administrative, and judicial instruments arising from or connected to the traffic case identified above. This includes the initial citation and any related filings, judgments, warrants or records, all of which are hereby returned for value and discharged under equity.

Certified Mail No. 9589 0710 5270 2372 1095 27
Accepted for Value – Returned in Honor
For settlement and closure of account Statement date: 10/01/2018 has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Wendi Lee Crump*

Wendi Lee Crump
c/o 921 E Main Street
Suite A
Columbus, Ohio

CC: City of Columbus- Columbus City Attorney Prosecutor Division Zach Klein, 375 S. High Street, 7th Floor Columbus Ohio 43215 United States
CC: Franklin County Municipal Court Jessica D'Varga - Attn: Chambers – Private Administrative Notice, 375 S. High Street Columbus Ohio 43215 United States
CC: C/O Wendi Lee Crump, 921 E Main Street, Suite A, Columbus, Ohio

NOTICE of DISHONOR

# Exhibit B

# Proof of Presentment and Non-Response (USPS form 3877 with receipts)

**UNITED STATES POSTAL SERVICE®**

**Firm Mailing Book For Accountable Mail**

WLC-198054 – Complete Rescission Package
Bar Code #: 2018-198054

Name and Address of Sender

Wendi Lee Crump
c/o 1985 W. Henderson Road
Suite 63204
Columbus, Ohio

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | Service Fee | (Extra Service Fee) |
|---|---|---|---|---|

1. N.ID: 08/04/2025
   BULK RESCISSION PACKAGE 27
   PD: 10/01/2018

   Franklin County Municipal Court – Traffic Division
   Lori Tyack
   375 South High Street
   1st Floor
   Columbus, Ohio 43215

2. 9589 0740 5270 2342 1042 7925 24

   City of Columbus- Columbus City Attorney Prosecutor Division
   Zach Klein
   375 S. High Street,
   7th Floor
   Columbus, Ohio 43215

3. 9589 0740 5270 2342 1042 41

   Franklin County Municipal Court
   Jessica D'Varga - Attn: Chambers – Private Administrative Notice
   375 S. High Street
   Columbus, Ohio 43215

4.

5.

6.

7.

8.

Affix Stamp Here
(for additional copies of this receipt).
Postmark with Date of Receipt.

CHRISTOPHER COLUMBUS
AUG – 4 2025
43215

U.S. POSTAGE PAID
COLUMBUS, OH
43204
AUG 04
AMOUNT
$2.10
S2524N502243-7

Total Number of Pieces
Listed by Sender

Total Number of Pieces
Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete in ink

PS Form 3877, January 2017 (Page 1 of 2)
PSN 7530-02-000-9216

**UNITED STATES POSTAL SERVICE**®

**Firm Mailing Book For Accountable Mail**

**WLC-198054 NOD**

| Name and Address of Sender | | Check type of mail or service | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value If Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Wendi Lee Crump
c/o 921 E Main Street
Suite A
Columbus, Ohio

**Affix Stamp Here**
*(for additional copies of this receipt).*
*Postmark with Date of Receipt.*

Check type of mail or service:
☐ Priority Mail Express
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery (COD)
☐ Insured Mail
☐ Priority Mail
☐ Registered Mail
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

USPS Tracking/Article Number

MID: 08/04/2025
PD: 10/01/2018

9589 0710 5270 1126 7647 33
Right to cure

9589 0710 5270 1126 7647 33
Right to cure

9589 0710 5270 1126 35919 40
Right to cure

Franklin County Municipal Court – Traffic Division
Lori Tyack
375 South High Street
1st Floor
Columbus, Ohio 43215

City of Columbus- Columbus City Attorney Prosecutor Division
Zach Klein
375 S. High Street,
7th Floor
Columbus, Ohio 43215

Franklin County Municipal Court
Jessica D'Varga - Attn: Chambers – Private Administrative Notice
375 S. High Street
Columbus, Ohio 43215

U.S. POSTAGE PAID
COLUMBUS, OH
43216
AUG 19, 25
AMOUNT
**$2.10**
S2324Y600633-30

0000

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

(Postmaster, Per (Name of receiving employee))

**Complete in Ink**

PS Form **3877**, January 2017 (Page 1 of 2)
PSN 7530-02-000-9098

**Privacy Notice:** For more information on USPS privacy policies, visit *usps.com/privacypolicy.*
Page 1 of 1







# Exhibit C

# Copy of Original Notice of Dishonor



**Frank LaRose**
*Ohio Secretary of State*

| | |
|---|---|
| FS Number: | OH00266507408 |
| Date Filed: | 08 September 2022 20:38:22 |

# UCC FINANCING STATEMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:**    Wendi Crump.

**PHONE NUMBER:**    614-330-0225

**EMAIL CONTACT AT FILER:**    wendi.crump@gmail.com

**SEND ACKNOWLEDGEMENT TO:**    Wendi Crump
2603 Caralee Place
Columbus
OHIO
43219
United States

## DEBTOR INFORMATION

**ORGANIZATION'S NAME:**    WENDI LEE CRUMP

**MAILING ADDRESS:**    3003 Hospital Drive

**CITY:** Cheverly    **STATE:** MARYLAND    **POSTAL CODE:** 20785    **COUNTRY:** United States

## SECURED PARTY INFORMATION

√ **Assignor**

**INDIVIDUAL'S SURNAME:**    :Crump    **FIRST PERSONAL NAME:**    :Wendi-Lee

**ADDITIONAL NAME(S)/INITIAL(S):**    **SUFFIX:**

**MAILING ADDRESS:**    2603 Caralee Place

**CITY:** Columbus    **STATE:** OHIO    **POSTAL CODE:** [43219] RFD    **COUNTRY:** United States

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

**Collateral is:**    Held in Trust

## FILING TYPE

Transmitting Utility: Yes

Public Finance: No

Manufactured Home: No

Agriculture Lien: Yes

Non-Ucc Filling: Yes

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Consignee/Consignor: No

Seller/Buyer: No

Bailee/Bailor: Yes

Licensee/Licensor: No



**Frank LaRose**
*Ohio Secretary of State*

| | |
|---|---|
| File No: | SR1495313 |
| FS Number: | OH00266507408 |
| Date Filed: | 18 August 2025 14:34:21 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:**    Wendi Crump
**PHONE NUMBER:**    614-330-0225
**EMAIL CONTACT AT FILER:**    wendi.crump@gmail.com
**SEND ACKNOWLEDGEMENT TO:**    Wendi Crump
2603 Caralee Place
Columbus
OHIO
43219
United States

## COLLATERAL CHANGE

**INITIAL FINANCING STATEMENT FILE NUMBER: OH00266507408**

**Type of Collateral: Add Collateral**

**Indicate Collateral:**

Collateral includes, without limitation:
1.      All court cases, claims, causes of action, judgments, bonds, securities, fines, penalties, settlements, and accounts whether now existing or hereafter arising, including but not limited to Case Nos. 2023 TR D 147068; 2023 CR B 019832; 2023 CR B 007630; 2018 TR D 198054; 2023 TR C 117625; 2022 CVF 022874; 2021 CVF 019162; 2021 CVF 011139; 2020 CVF 032650; 2019 EVH 060868; 2018 TR C 179142; 2012 TR D 177072; 22 JG 036827; 22 JG 043342; 23 JG 035401; 18 JG 045711; 21 JG 101709; 24 AP 000113; 24 AP 000114
2.      All proceeds, disbursements, credits, offsets, adjustments, and settlements resulting from said cases or claims, including any associated CUSIP, Treasury account, or financial instrument created, issued, pledged, or traded in connection therewith.
3.      All real property, parcels, and improvements connected to the cases or claims, including but not limited to 010-020554-00 214 - 216 N TWENTIE... 010-031611-00 179 - 181 N MONROE ... 010-031612-00 188 - 190 N TALMADG... 010-141525-00 2603 CARALEE PL...
4.      All personal property, accounts receivable, deposits, escrow funds, insurance proceeds, trust assets, and rights of action.
5.      All substitutions, accessions, renewals, extensions, and replacements of the foregoing, and all products and proceeds thereof, whether tangible, intangible, electronic, or paper.
This amendment supplements and relates back to original Financing Statement FS# OH00266507408. Said collateral is held in trust and claimed by the secured party with a continuing priority interest.

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Existing Secured Party

**INDIVIDUAL'S SURNAME:**    :Crump      **FIRST PERSONAL NAME:**    :Wendi-Lee

**ADDITIONAL NAME(S)/INITIAL(S):**      **SUFFIX:**

**MAILING ADDRESS:**      2603 Caralee Place

**CITY:** Columbus      **STATE:** OHIO      **POSTAL CODE:** [43219] RFD      **COUNTRY:** United States

## <u>COVER LETTER FOR NOTICE TO CURE</u>

Wendi Crump

c/o 921 E. Main Street suite A

Columbus Ohio

Date: AUG 1 9 2025

To: Clerk of Courts

Franklin County Municipal Court, Traffic Division

375 S High Street 1st Floor, Columbus Ohio 43215

Re: Case of Wendi Crump

Case No: 2018 TR D 198054

Dear Clerk of Courts,

Enclosed for filing and entry into the docket are the following instruments concerning the above-referenced case(s) of Wendi Crump:

1. Notice of Right to Cure

### Instructions for Filing

- Each instrument is to be entered into the docket under its full title, exactly as listed above.
- These filings are not to be mislabeled as 'letters' or 'exhibits.'
- Please ensure that the docket reflects the precise name of each filing.
- Return a stamped acknowledgment of receipt for confirmation.

The enclosed instruments are tendered for administrative cure and to correct the record. All rights are reserved, without prejudice, UCC 1-308.

Thank you for your prompt attention and accuracy in handling this matter.

Respectfully, *Wendi Lee Crump*

Wendi Crump, Sui Juris

All rights are reserved, without prejudice, UCC 1-308

Cover Letter                    Clerk of Court                    Case #2018 TR D 198054

**RIGHT TO CURE NOTICE**
Wendi Crump

c/o 921 E Main Street Suite A
Columbus, Ohio

**Date:** August 15, 2025

**TO:** Franklin County Municipal Court- Traffic Division
375 S High Street 1ˢᵗ floor, Columbus Ohio 43215

**CC:**

Zach Klein
Jessica D'Varga

---

**RE: Notice of Right to Cure – Failure to Respond to Rescission**

On August 4, 2025, I issued and served a Notice of Rescission concerning: *case# 2018 TR D 198054*, which was duly received by the above-named parties. The rescission included clear terms allowing three (3) days from receipt to respond or rebut as of August 15ᵗʰ ,2025.

As of today's date, no response, rebuttal, or other correspondence has been received from any party. In fairness, I granted additional days beyond the three-day period.

This Right to Cure grants a final twenty-four (24) hours from the date and time of this notice for the parties to respond and cure the dishonor. Failure to respond within this final opportunity will constitute final dishonor and agreement by silence.

Upon expiration of the cure period without a proper, verified, and lawful response, the matter will be deemed settled, and I will demand:

1. Full rendering and closure of all associated accounts; and
2. Purging of the record and docket related to this case in its entirety.

This notice, along with proof of service, will be placed on the record with the Court to document compliance with the administrative process and the opportunity to cure.

---

Page **2** of **2**

**By:** _Wendi Lee Crump_

Wendi Crump-Sui Juris Without Recourse

**Attachments:**

- Right to Cure
- Proof of Service of Rescission

## Cover Letter – Notarial Protest of Dishonor Filing

Wendi Crump
c/o 921 E Main Street STE A
Columbus, Ohio

Date: _8/25/25_

~~Clerk of the Court / Recorder of Deeds~~
~~District of Columbia~~
~~Office of the Recorder of Deeds~~
~~1101 4th Street SW~~
~~Washington, D.C. 20024~~

U.S. District Court for DC
Clerk's office
333 Constitution Ave NW
Washington, D.C 20001

RE: Filing of Notarial Protest of Dishonor – Certificate of Dishonor (Administrative Record)
Case Reference: Franklin County Municipal Court, Case No. 2023 CR B 007630
UCC Filing Reference: OH00266507408

Dear Clerk,

Enclosed please find a duly executed Certificate of Dishonor – Administrative Record,
together with the attached Notarial Protest of Dishonor and acknowledgment block for
official recordation.

This document is a Formal Instrument prepared under commercial and notarial process,
and is to be entered into the public record of Washington, D.C. to stand as conclusive
evidence of dishonor in the above-referenced case.

Kindly:
1. File and record this instrument under:
   - Instrument Title: Certificate of Dishonor – Administrative Record
   - Subcategory: Notarial Protest / Formal Instrument
   - Case Reference: 2023 CR B 007630 (Franklin County Municipal Court, Columbus, Ohio)
   - UCC Reference: OH00266507408 (Filed with the Ohio Secretary of State)
2. Return a certified copy or recordation receipt using the enclosed self-addressed stamped
envelope.

This filing also serves as notice that any and all monies, fees, bonds, or funds collected in

relation to the above-referenced case are to be fully refunded and reconciled. A check shall be cut payable to 'Wendi Crump'. Furthermore, all IRS filings, reports, and accounting entries associated with this case must be matched, corrected, and reconciled to reflect the refund. This matter is to be treated as a tax matter, and failure to properly account for and report the refund shall constitute further dishonor, conversion, and misapplication of trust funds.

Thank you for preserving the integrity of this record.

Respectfully submitted,

Wendi Crump
Secured Party / Authorized Representative

All Rights Reserved UCC 1-308

Enclosures:
- Certificate of Dishonor – Administrative Record (with Notarial Protest)
- Exhibit A – UCC Filing OH00266507408 (copy)
- Exhibit B – Proof of Presentment & Non-Response
- Exhibit C – Original Notice of Dishonor

# <u>CERTIFICATE OF DISHONOR</u>

### Administrative Record – Formal Instrument

Case No. 2023 CR B 007630 – Franklin County Municipal Court (Traffic)

UCC Filing Reference: OH00266507408

### Notice of Dishonor

1. Presentment was duly made upon the parties in the above-referenced matter on the 4th day of August, 2025. Said presentment provided lawful opportunity to rebut, cure, or otherwise respond within the allotted time. As of the 19th of August, 2025 a notice to cure was sent, again no response.

2. No response, rebuttal, or cure was received. Silence and inaction constitute dishonor by operation of law.

3. Accordingly, I, Wendi Crump, hereby certify dishonor of the presentment and all associated instruments, pleadings, motions, warrants, and/or enforcement actions tied to Case No. 2023 CR B 007630.

4. This dishonor is now made part of the administrative record and is incorporated into and made part of UCC Financing Statement No. OH00266507408, filed with the Secretary of State, State of Ohio. All rights, titles, and interests are reserved and perfected therein, and this dishonor attaches as collateral evidence to said filing.

## Refund and Restitution Requirement

All monies, fines, fees, bonds, or other payments collected, received, or otherwise obtained from the above-referenced case 2023 CR B 007630 are to be fully refunded. A check shall be cut and issued payable to 'Wendi Crump', without delay, within ten (10) business days of receipt of this filing.

In addition, any and all IRS filings, reports, or accounting entries associated with said case shall be matched, adjusted, and reconciled to reflect the refund of funds. This matter shall be treated as a tax matter, and all refunds, credits, and set-offs must be reported accordingly to ensure compliance with the Internal Revenue Service.

Failure to return said funds and to correct all related IRS filings constitutes further dishonor, conversion, and misapplication of trust funds, subject to the fee schedule below and all remedies available at law and equity

## Fee Schedule – Agreed Damages

By silence, non-response, or further dishonor, the following terms apply and become binding upon all parties:

- $10,000.00 – per court appearance compelled under dishonor.
- $5,000.00 – per unlawful order, motion, or filing entered after administrative closure.
- $10,000.00 – per violation of trust, trespass, or interference with liberty.
- $25,000.00 – per day for unlawful detention, arrest, or loss of liberty.
- $100,000.00 – penalty for issuance or execution of any warrant under dishonor.
- $250,000.00 – per act of conversion, theft, or withholding of funds lawfully due.
- All refunds owed under Case No. 2023 CR B 007630 shall accrue interest at 1.5% per day until paid in full.

## Parties Dishonored

This Certificate of Dishonor applies to, but is not limited to:

- Hon. ~~Mark Hummer~~, Presiding Judge, Franklin County Municipal Court
- Prosecuting Attorney(s) — Shayla Favor
- City of Columbus / State of Ohio
- Clerk of Court, Franklin County Municipal Court — Lori Tyack
- Law Enforcement Agencies and Officers involved in enforcement of said matter

## Certification

Having afforded due process and opportunity to cure, and receiving no lawful rebuttal, the matter stands in dishonor and is closed administratively. All liabilities, penalties, and consequences arising from said dishonor are hereby assessed in accordance with the fee schedule provided herein.

## Exhibits Attached

- Exhibit A – UCC Financing Statement No. OH00266507408 (SOS Printout)
- Exhibit B – Proof of Presentment and Non-Response (USPS form 3877 with receipts)
- Exhibit C – Copy of Original Notice of Dishonor

## Signature

Executed this **25** day of **August**, 2025.

_____
Wendi Crump
Secured Party – All rights Reserved UCC 1-308

District of Columbia
Signed and sworn to (or affirmed) before me on
**AUG 25, 25** by **HONORIO BARILLO**
Date        Name(s) of individual(s) making statement

Signature of Notarial Officer

Title of Office  **NOTARY PUBLIC**
My commission expires:  **06-14-30**

HONORIO BARILLO
Notary Public, District of Columbia
My commission Expires June 14, 2030



Wendi Crump
All rights reserved UCC-1-308

## NOTARIAL PROTEST OF DISHONOR

District of Columbia ) ss.:

Be it known, that on this _25th_ day of _August_, 2025, before me, the undersigned Notary Public, duly commissioned and sworn in and for the District of Columbia, personally appeared Wendi Crump, who did present for protest this Certificate of Dishonor – Administrative Record relating to Case No. 2023 CR B 007630.

Lawful presentment was made upon the parties, and no timely rebuttal, cure, or response was received. Therefore, I, the undersigned Notary Public, at the request of said party, do hereby solemnly PROTEST against the dishonor, non-response, and failure to perform by the parties noticed therein.

In testimony whereof, I hereunto set my hand and affix my official notarial seal, at Washington, D.C., on the day and year first above written.

Notary Public, District of Columbia

My Commission Expires: _06-14-30_

District of Columbia
Signed and sworn to (or affirmed) before me on
_AUG 25, 25_ by _HONORIO BARILLO_
Date          Name(s) of individual(s) making statement

Signature of Notarial Officer
_NOTARY PUBLIC_
Title of Office
My commission expires: _06-14-30_

HONORIO BARILLO
Notary Public, District of Columbia
My Commission Expires June 14, 2030



Case No. 2023 CRB 007630 – Certificate of Dishonor – Administrative Record  |  UCC
Filing Reference: OH00266507408

# Exhibit A –

# UCC Financing Statement No. OH00266507408 SOS Printout



**Frank LaRose**
*Ohio Secretary of State*

| FS Number: | OH00266507408 |
|---|---|
| Date Filed: | 08 September 2022 20:38:22 |

# UCC FINANCING STATEMENT

**FOR FILING OFFICE USE ONLY**

| | |
|---|---|
| **NAME OF CONTACT AT FILER:** | Wendi Crump. |
| **PHONE NUMBER:** | 614-330-0225 |
| **EMAIL CONTACT AT FILER:** | wendi.crump@gmail.com |
| **SEND ACKNOWLEDGEMENT TO:** | Wendi Crump |
| | 2603 Caralee Place |
| | Columbus |
| | OHIO |
| | 43219 |
| | United States |

## DEBTOR INFORMATION

| | |
|---|---|
| **ORGANIZATION'S NAME:** | WENDI LEE CRUMP |
| **MAILING ADDRESS:** | 3003 Hospital Drive |

**CITY:** Cheverly    **STATE:** MARYLAND    **POSTAL CODE:** 20785    **COUNTRY:** United States

## SECURED PARTY INFORMATION

√ **Assignor**

| | | | |
|---|---|---|---|
| **INDIVIDUAL'S SURNAME:** | :Crump | **FIRST PERSONAL NAME:** | :Wendi-Lee |
| **ADDITIONAL NAME(S)/INITIAL(S):** | | **SUFFIX:** | |
| **MAILING ADDRESS:** | 2603 Caralee Place | | |

**CITY:** Columbus    **STATE:** OHIO    **POSTAL CODE:** [43219] RFD    **COUNTRY:** United States

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

**Collateral is:**            Held in Trust

## FILING TYPE

Transmitting Utility: Yes

Public Finance: No

Manufactured Home: No

Agriculture Lien: Yes

Non-Ucc Filling: Yes

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Consignee/Consignor: No

Seller/Buyer: No

Bailee/Bailor: Yes

Licensee/Licensor: No

**Frank LaRose**
*Ohio Secretary of State*

| File No: | SR1495313 |
|---|---|
| FS Number: | OH00266507408 |
| Date Filed: | 18 August 2025 14:34:21 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:**  Wendi Crump

**PHONE NUMBER:**  614-330-0225

**EMAIL CONTACT AT FILER:**  wendi.crump@gmail.com

**SEND ACKNOWLEDGEMENT TO:**  Wendi Crump
2603 Caralee Place
Columbus
OHIO
43219
United States

## COLLATERAL CHANGE

**INITIAL FINANCING STATEMENT FILE NUMBER: OH00266507408**

**Type of Collateral: Add Collateral**

**Indicate Collateral:**

Collateral includes, without limitation:
1.      All court cases, claims, causes of action, judgments, bonds, securities, fines, penalties, settlements, and accounts whether now existing or hereafter arising, including but not limited to Case Nos. 2023 TR D 147068; 2023 CR B 019832; 2023 CR B 007630; 2018 TR D 198054; 2023 TR C 117625; 2022 CVF 022874; 2021 CVF 019162; 2021 CVF 011139; 2020 CVF 032650; 2019 EVH 060868; 2018 TR C 179142; 2012 TR D 177072; 22 JG 036827; 22 JG 043342; 23 JG 035401; 18 JG 045711; 21 JG 101709; 24 AP 000113; 24 AP 000114
2.      All proceeds, disbursements, credits, offsets, adjustments, and settlements resulting from said cases or claims, including any associated CUSIP, Treasury account, or financial instrument created, issued, pledged, or traded in connection therewith.
3.      All real property, parcels, and improvements connected to the cases or claims, including but not limited to 010-020554-00 214 - 216 N TWENTIE... 010-031611-00 179 - 181 N MONROE ... 010-031612-00 188 - 190 N TALMADG... 010-141525-00 2603 CARALEE PL...
4.      All personal property, accounts receivable, deposits, escrow funds, insurance proceeds, trust assets, and rights of action.
5.      All substitutions, accessions, renewals, extensions, and replacements of the foregoing, and all products and proceeds thereof, whether tangible, intangible, electronic, or paper.
This amendment supplements and relates back to original Financing Statement FS# OH00266507408. Said collateral is held in trust and claimed by the secured party with a continuing priority interest.

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Existing Secured Party

**INDIVIDUAL'S SURNAME:**    :Crump        **FIRST PERSONAL NAME:**    :Wendi-Lee

**ADDITIONAL NAME(S)/INITIAL(S):**        **SUFFIX:**

**MAILING ADDRESS:**    2603 Caralee Place

**CITY:** Columbus        **STATE:** OHIO        **POSTAL CODE:** [43219] RFD        **COUNTRY:** United States

# Exhibit B

# Proof of Presentment and Non-Response (USPS form 3877 with receipts)

# UNITED STATES POSTAL SERVICE®

**Firm Mailing Book For Accountable Mail**

WLC-007630

| | Name and Address of Sender | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Affix Stamp Here (for additional or Postmark with) |
|---|---|---|---|---|---|---|---|
| 1. | | 9590 0710 5270 3372 1046 30 | Franklin County Municipal Court – Traffic Division Lori Tyack 375 South High Street 1st Floor Columbus, Ohio 43215 | 95341-9161-5007 5216-3049-75 | | | |
| 2. | | 9584 0710 5270 3372 1046 30 | Franklin County Prosecuting Attorney Shayla D. Favor 373 S. High Street, 14th Floor Columbus, Ohio 43215 | | | | |
| 3. | | 9584 0710 5270 3372 1046 30 | Franklin County Municipal Court Mark Hummer - Attn: Chambers – Private Administrative Notice 375 S. High Street Columbus, Ohio 43215 | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |

Name and Address of Sender:
Wendi Lee Crump
c/o 1985 W. Henderson Road
Suite 63204
Columbus, Ohio

Check type of mail or service:
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery (COD)
☐ Insured Mail
☐ Priority Mail

☐ Priority Mail Express
☐ Registered Mail
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

MID: 060142025
BULK RESCISSION PACKAGE
PID: 061132023

Handling Charge - if Registered and over $50,000 in value

Adult Signature Required
Adult Signature Restricted Delivery
Restricted Delivery
Return Receipt
Signature Confirmation
Signature Confirmation Restricted Delivery
Special Handling

U.S. POSTAGE PAID
COLUMBUS, OH
43215
AUG 14 25
AMOUNT
$2.10
S2S4N502243-7

CHRISTOPHER COLUMBUS
AUG 14 2025
43215
0000

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) |
|---|---|---|

Complete in ink

UNITED STATES
POSTAL SERVICE ®

**Firm Mailing Book For Accountable Mail**

| Name and Address of Sender | | |
|---|---|---|
| **Wendi Lee Crump** | | |
| c/o 921 E. Main Street | | |
| Suite A | | |
| **Columbus, Ohio** | | |

WLC-007630 NOD

**NOTICE OF DISHONOR**
PD(.05/13/2023

1710 5270 1126 7926 23

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) |
|---|---|
| | **Check type of mail or service** □ Priority Mail Express |
| | □ Adult Signature Required □ Registered Mail |
| | □ Adult Signature Restricted Delivery □ Return Receipt for |
| | □ Certified Mail □ Certified Mail Restricted Delivery Merchandise |
| | □ Collect on Delivery (COD) □ Signature Confirmation |
| | □ Insured Mail □ Signature Confirmation |
| | □ Priority Mail Restricted Delivery |

1. 1 County Municipal Court – Traffic Division
375 South High Street
1st Floor
Columbus, Ohio 43215

2. 9585-0710-5270-
1126-7926-30
Right to Cure

Franklin County Prosecuting Attorney
Shayla D. Favor
373 S. High Street,
14th Floor
Columbus, Ohio 43215

3. 9585-0710 5270-1126
-7926-41
Right to Cure

Franklin County Municipal Court
Mark Hummer - Attn: Chambers – Private Administrative Notice
375 S. High Street
Columbus, Ohio 43215

4.

5.

6.

7.

8.

U.S. POSTAGE PAID
COLUMBUS, OH
43218
AUG 19, 25
AMOUNT
**$2.10**
$2324Y500833-30

| Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Affix Stamp Here
(for additional copies of this receipt)
*Postmark with Date of Receipt.*

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | | |
|---|---|---|---|
| 0000 | | | Postmaster, Per (Name of receiving employee) |

Complete in Ink





# Exhibit C

# Copy of Original Notice of Dishonor

WLC-007630 NOD

# NOTICE OF DISHONOR

Date of Notice: Day: Four, Month: Eight, Year: 2025 C.E.

Franklin County Municipal Court – Traffic Division
Lori Tyack
375 South High Street
1st Floor
Columbus, Ohio 43215
United States

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"**, dated: 08/04/2025. in reply to your Presentment I hereby give notice of the full rescission and discharge of all commercial. legal. administrative, and judicial instruments arising from or connected to the traffic case identified above. This includes the initial citation and any related filings, judgments, warrants or records, all of which are hereby returned for value and discharged under equity.

Certified Mail No. 9589 0710 5270 2372 1095 23
Accepted for Value – Returned in Honor
For settlement and closure of account Statement date: 05/13/2023 has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Wendi Lee Crump*
Wendi Lee Crump
c/o 921 E Main Street
Suite A
Columbus, Ohio

CC: Franklin County Prosecuting Attorney Shayla D. Favor, 373 S. High Street, 14th Floor Columbus Ohio 43215 United States
CC: Franklin County Municipal Court Mark Hummer - Attn: Chambers – Private Administrative Notice. 375 S. High Street Columbus Ohio 43215 United States
CC: C/O Wendi Lee Crump, 921 E Main Street, Suite A, Columbus. Ohio

NOTICE of DISHONOR

## COVER LETTER FOR NOTICE TO CURE

Wendi Crump

c/o 921 E. Main Street suite A

Columbus Ohio

Date: AUG 1 9 2025

To: Clerk of Courts

Franklin County Municipal Court, Traffic Division

375 S High Street 1st Floor, Columbus Ohio 43215

Re: Case of Wendi Crump

Case No: 2023 CR B 007630

Dear Clerk of Courts,

Enclosed for filing and entry into the docket are the following instruments concerning the above-referenced case(s) of Wendi Crump:

1. Notice of Right to Cure

### Instructions for Filing

- Each instrument is to be entered into the docket under its full title, exactly as listed above.
- These filings are not to be mislabeled as 'letters' or 'exhibits.'
- Please ensure that the docket reflects the precise name of each filing.
- Return a stamped acknowledgment of receipt for confirmation.

The enclosed instruments are tendered for administrative cure and to correct the record. All rights are reserved, without prejudice, UCC 1-308.

Thank you for your prompt attention and accuracy in handling this matter.

Respectfully,

*Wendi Lee Crump*

Wendi Crump, Sui Juris

All rights are reserved, without prejudice, UCC 1-308

Cover Letter                    Clerk of Court                    Case #2023 CR B 007630

**RIGHT TO CURE NOTICE**
Wendi Crump

c/o 921 E Main Street Suite A
Columbus, Ohio

**Date:** August 15, 2025

**TO:** Franklin County Municipal Court- Traffic Division
375 S High Street 1st floor, Columbus Ohio 43215

**CC:**

ZACH KLEIN
MARK HUMMER

**RE: Notice of Right to Cure – Failure to Respond to Rescission**

On August 4, 2025, I issued and served a Notice of Rescission concerning: *case#* 2023 CR B 007630, which was duly received by the above-named parties. The rescission included clear terms allowing three (3) days from receipt to respond or rebut as of August 15th ,2025.

As of today's date, no response, rebuttal, or other correspondence has been received from any party. In fairness, I granted additional days beyond the three-day period.

This Right to Cure grants a final twenty-four (24) hours from the date and time of this notice for the parties to respond and cure the dishonor. Failure to respond within this final opportunity will constitute final dishonor and agreement by silence.

Upon expiration of the cure period without a proper, verified, and lawful response, the matter will be deemed settled, and I will demand:

1. Full rendering and closure of all associated accounts; and
2. Purging of the record and docket related to this case in its entirety.

This notice, along with proof of service, will be placed on the record with the Court to document compliance with the administrative process and the opportunity to cure.

Page **2** of **2**

By: _Wendi Lee Crump_
Wendi Crump-Sui Juris Without Recourse


**Attachments:**

- Right to Cure
- Proof of Service of Rescission

**Cover Letter – Notarial Protest of Dishonor Filing**

Wendi Crump
c/o 921 E Main Street STE A
Columbus, Ohio

Date: _8/25/05_

~~Clerk of the Court / Recorder of Deeds~~
~~District of Columbia~~
~~Office of the Recorder of Deeds~~
~~1101 4th Street SW~~
~~Washington, D.C. 20024~~

US. District Court for D.C
Clerk's office
333 ~~Constitution~~ Ave
Constitution
Washington, D.C. 20001

RE: Filing of Notarial Protest of Dishonor – Certificate of Dishonor (Administrative Record)
Case Reference: Franklin County Municipal Court, Case No. 2023 CR B 019832
UCC Filing Reference: OH00266507408

Dear Clerk,

Enclosed please find a duly executed Certificate of Dishonor – Administrative Record,
together with the attached Notarial Protest of Dishonor and acknowledgment block for
official recordation.

This document is a Formal Instrument prepared under commercial and notarial process,
and is to be entered into the public record of Washington, D.C. to stand as conclusive
evidence of dishonor in the above-referenced case.

Kindly:
1. File and record this instrument under:
   - Instrument Title: Certificate of Dishonor – Administrative Record
   - Subcategory: Notarial Protest / Formal Instrument
   - Case Reference: 2023 CR B 019832 (Franklin County Municipal Court, Columbus, Ohio)
   - UCC Reference: OH00266507408 (Filed with the Ohio Secretary of State)
2. Return a certified copy or recordation receipt using the enclosed self-addressed stamped
envelope.

This filing also serves as notice that any and all monies, fees, bonds, or funds collected in

relation to the above-referenced case are to be fully refunded and reconciled. A check shall be cut payable to 'Wendi Crump'. Furthermore, all IRS filings, reports, and accounting entries associated with this case must be matched, corrected, and reconciled to reflect the refund. This matter is to be treated as a tax matter, and failure to properly account for and report the refund shall constitute further dishonor, conversion, and misapplication of trust funds.

Thank you for preserving the integrity of this record.

Respectfully submitted,

Wendi Crump
Secured Party / Authorized Representative

All Rights Reserved UCC 1-308

Enclosures:
- Certificate of Dishonor – Administrative Record (with Notarial Protest)
- Exhibit A – UCC Filing OH00266507408 (copy)
- Exhibit B – Proof of Presentment & Non-Response
- Exhibit C – Original Notice of Dishonor

# **CERTIFICATE OF DISHONOR**
### Administrative Record – Formal Instrument

Case No. 2023 CR B 019832 – Franklin County Municipal Court (Traffic)

UCC Filing Reference: OH00266507408

## **Notice of Dishonor**

1. Presentment was duly made upon the parties in the above-referenced matter on the 4th day of August, 2025. Said presentment provided lawful opportunity to rebut, cure, or otherwise respond within the allotted time. As of the 19th of August, 2025 a notice to cure was sent, again no response.

2. No response, rebuttal, or cure was received. Silence and inaction constitute dishonor by operation of law.

3. Accordingly, I, Wendi Crump, hereby certify dishonor of the presentment and all associated instruments, pleadings, motions, warrants, and/or enforcement actions tied to Case No. 2023 CR B 019832.

4. This dishonor is now made part of the administrative record and is incorporated into and made part of UCC Financing Statement No. OH00266507408, filed with the Secretary of State, State of Ohio. All rights, titles, and interests are reserved and perfected therein, and this dishonor attaches as collateral evidence to said filing.

## **Refund and Restitution Requirement**

All monies, fines, fees, bonds, or other payments collected, received, or otherwise obtained from the above-referenced case 2023 CR B 019832 are to be fully refunded. A check shall be cut and issued payable to 'Wendi Crump', without delay, within ten (10) business days of receipt of this filing.

In addition, any and all IRS filings, reports, or accounting entries associated with said case shall be matched, adjusted, and reconciled to reflect the refund of funds. This matter shall be treated as a tax matter, and all refunds, credits, and set-offs must be reported accordingly to ensure compliance with the Internal Revenue Service.

Failure to return said funds and to correct all related IRS filings constitutes further dishonor, conversion, and misapplication of trust funds, subject to the fee schedule below and all remedies available at law and equity

## Fee Schedule – Agreed Damages

By silence, non-response, or further dishonor, the following terms apply and become binding upon all parties:

- $10,000.00 – per court appearance compelled under dishonor.
- $5,000.00 – per unlawful order, motion, or filing entered after administrative closure.
- $10,000.00 – per violation of trust, trespass, or interference with liberty.
- $25,000.00 – per day for unlawful detention, arrest, or loss of liberty.
- $100,000.00 – penalty for issuance or execution of any warrant under dishonor.
- $250,000.00 – per act of conversion, theft, or withholding of funds lawfully due.
- All refunds owed under Case No. 2023 CR B 019832 shall accrue interest at 1.5% per day until paid in full.

## Parties Dishonored

This Certificate of Dishonor applies to, but is not limited to:

- Hon. ~~Mark Hummer~~ Presiding Judge, Franklin County Municipal Court
- Prosecuting Attorney(s) - Zach Klein
- City of Columbus / State of Ohio
- Clerk of Court, Franklin County Municipal Court - Lori Tyack
- Law Enforcement Agencies and Officers involved in enforcement of said matter

## Certification

Having afforded due process and opportunity to cure, and receiving no lawful rebuttal, the matter stands in dishonor and is closed administratively. All liabilities, penalties, and consequences arising from said dishonor are hereby assessed in accordance with the fee schedule provided herein.

## Exhibits Attached

- Exhibit A – UCC Financing Statement No. OH00266507408 (SOS Printout)
- Exhibit B – Proof of Presentment and Non-Response (USPS form 3877 with receipts)
- Exhibit C – Copy of Original Notice of Dishonor

## Signature

Executed this 25th day of August, 2025.

*Wendi Crump*

Wendi Crump
Secured Party – All rights Reserved UCC 1-308

District of Columbia
Signed and sworn to (or affirmed) before me on
Aug 25 25 by HONORIO BARILLO
Date        Name(s) of Individual(s) making statement

Signature of Notarial Officer
Title of Office    NOTARY PUBLIC
My commission expires: 06-14-30

HONORIO BARILLO
Notary Public, District of Columbia
My Commission Expires June 14, 2030



All rights reserved
UCC 1-308

## NOTARIAL PROTEST OF DISHONOR

District of Columbia ) ss.:

Be it known, that on this 25th day of August _____, 2025, before me, the undersigned Notary Public, duly commissioned and sworn in and for the District of Columbia, personally appeared Wendi Crump, who did present for protest this Certificate of Dishonor – Administrative Record relating to Case No. 2023 CR B 019832.

Lawful presentment was made upon the parties, and no timely rebuttal, cure, or response was received. Therefore, I, the undersigned Notary Public, at the request of said party, do hereby solemnly PROTEST against the dishonor, non-response, and failure to perform by the parties noticed therein.

In testimony whereof, I hereunto set my hand and affix my official notarial seal, at Washington, D.C., on the day and year first above written.

_____
Notary Public, District of Columbia

My Commission Expires: _06-14-30_



District of Columbia
Signed **and sworn to (or affirmed) before me on**
AUG 25, 25 by HONORIO BARILLO
Date        Name(s) of Individual(s) making statement

_____
Signature of Notarial Officer

Title of Office    NOTARY PUBLIC
My commission expires: _06-14-30_

HONORIO BARILLO
Notary Public, District of Columbia
**My Commission Expires June 14, 2030**

# Exhibit A –

# UCC Financing Statement No. OH00266507408 SOS Printout



**Frank LaRose**
*Ohio Secretary of State*

| | |
|---|---|
| FS Number: | OH00266507408 |
| Date Filed: | 08 September 2022 20:38:22 |

# UCC FINANCING STATEMENT

**FOR FILING OFFICE USE ONLY**

| | |
|---|---|
| **NAME OF CONTACT AT FILER:** | Wendi Crump. |
| **PHONE NUMBER:** | 614-330-0225 |
| **EMAIL CONTACT AT FILER:** | wendi.crump@gmail.com |
| **SEND ACKNOWLEDGEMENT TO:** | Wendi Crump |
| | 2603 Caralee Place |
| | Columbus |
| | OHIO |
| | 43219 |
| | United States |

## DEBTOR INFORMATION

| | |
|---|---|
| **ORGANIZATION'S NAME:** | WENDI LEE CRUMP |
| **MAILING ADDRESS:** | 3003 Hospital Drive |

| | | | |
|---|---|---|---|
| **CITY:** Cheverly | **STATE:** MARYLAND | **POSTAL CODE:** 20785 | **COUNTRY:** United States |

## SECURED PARTY INFORMATION

√ **Assignor**

| | | | |
|---|---|---|---|
| **INDIVIDUAL'S SURNAME:** | :Crump | **FIRST PERSONAL NAME:** | :Wendi-Lee |
| **ADDITIONAL NAME(S)/INITIAL(S):** | | **SUFFIX:** | |
| **MAILING ADDRESS:** | 2603 Caralee Place | | |

| | | | |
|---|---|---|---|
| **CITY:** Columbus | **STATE:** OHIO | **POSTAL CODE:** [43219] RFD | **COUNTRY:** United States |

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

| | |
|---|---|
| **Collateral is:** | Held in Trust |

## FILING TYPE

Transmitting Utility: Yes

Public Finance: No

Manufactured Home: No

Agriculture Lien: Yes

Non-Ucc Filling: Yes

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Consignee/Consignor: No

Seller/Buyer: No

Bailee/Bailor: Yes

Licensee/Licensor: No



**Frank LaRose**
*Ohio Secretary of State*

| | |
|---|---|
| File No: | SR1495313 |
| FS Number: | OH00266507408 |
| Date Filed: | 18 August 2025 14:34:21 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:**  Wendi Crump
**PHONE NUMBER:**  614-330-0225
**EMAIL CONTACT AT FILER:**  wendi.crump@gmail.com
**SEND ACKNOWLEDGEMENT TO:**  Wendi Crump
2603 Caralee Place
Columbus
OHIO
43219
United States

## COLLATERAL CHANGE

**INITIAL FINANCING STATEMENT FILE NUMBER: OH00266507408**

**Type of Collateral: Add Collateral**

**Indicate Collateral:**

Collateral includes, without limitation:
1.      All court cases, claims, causes of action, judgments, bonds, securities, fines, penalties, settlements, and accounts whether now existing or hereafter arising, including but not limited to Case Nos. 2023 TR D 147068; 2023 CR B 019832; 2023 CR B 007630; 2018 TR D 198054; 2023 TR C 117625; 2022 CVF 022874; 2021 CVF 019162; 2021 CVF 011139; 2020 CVF 032650; 2019 EVH 060868; 2018 TR C 179142; 2012 TR D 177072; 22 JG 036827; 22 JG 043342; 23 JG 035401; 18 JG 045711; 21 JG 101709; 24 AP 000113; 24 AP 000114
2.      All proceeds, disbursements, credits, offsets, adjustments, and settlements resulting from said cases or claims, including any associated CUSIP, Treasury account, or financial instrument created, issued, pledged, or traded in connection therewith.
3.      All real property, parcels, and improvements connected to the cases or claims, including but not limited to 010-020554-00 214 - 216 N TWENTIE... 010-031611-00 179 - 181 N MONROE ... 010-031612-00 188 - 190 N TALMADG... 010-141525-00 2603 CARALEE PL...
4.      All personal property, accounts receivable, deposits, escrow funds, insurance proceeds, trust assets, and rights of action.
5.      All substitutions, accessions, renewals, extensions, and replacements of the foregoing, and all products and proceeds thereof, whether tangible, intangible, electronic, or paper.
This amendment supplements and relates back to original Financing Statement FS# OH00266507408. Said collateral is held in trust and claimed by the secured party with a continuing priority interest.

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Existing Secured Party

**INDIVIDUAL'S SURNAME:**     :Crump          **FIRST PERSONAL NAME:**     :Wendi-Lee

**ADDITIONAL NAME(S)/INITIAL(S):**          **SUFFIX:**

**MAILING ADDRESS:**     2603 Caralee Place

**CITY:** Columbus          **STATE:** OHIO          **POSTAL CODE:** [43219] RFD          **COUNTRY:** United States

# Exhibit B

# Proof of Presentment and Non-Response (USPS form 3877 with receipts)

**UNITED STATES POSTAL SERVICE®**

**Firm Mailing Book For Accountable Mail**

WLC-019832

**Name and Address of Sender**

Wendi Lee Crump
c/o 1985 W. Henderson Road
Suite 63204
Columbus, Ohio

Affix Stamp Here
(for additional copies of this receipt).
Postmark with Date of Receipt.

**Check type of mail or service**

- ☐ Check type of mail or service
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail

- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

| | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 0584 0004 0082 226 MD:08/04/2025 BULK RESCISSION PACKAGE P.D. 12/04/2023 9589 0710 5270 9784 | Franklin County Municipal Court – Traffic Division Lori Tyack 375 South High Street 1st Floor Columbus, Ohio 43215 | | | | | | | | | | | |
| 2. | 9589 0710 5270 | City of Columbus- Columbus City Attorney Prosecutor Division Zach Klein 375 S. High Street, 7th Floor Columbus, Ohio 43215 9534-91101-5107 -52110-3094-37 | | | | | | | | | | | |
| 3. | 9589 0710 5270 | Franklin County Municipal Court Mark Hummer - Attn: Chambers – Private Administrative Notice 375 S. High Street Columbus, Ohio 43215 | | | | | | | | | | | |
| 4. | 9589 1045 48 | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Handling Charge - if Registered and over $50,000 in value

Adult Signature Required
Adult Signature Restricted Delivery
Restricted Delivery
Return Receipt
Signature Confirmation
Signature Confirmation Restricted Delivery
Special Handling

CHRISTOPHER COLUMBUS
AUG -4 2025
43215

U.S. POSTAGE PAID
COLUMBUS, OH 43215
AUG 04 '25
**$2.10**
S2924N50282-37

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | Completed in Ink |
|---|---|---|---|

PS Form 3877, January 2017 (Page 1 of 2)
PSN 7530-02-000-9098

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

Page 1 of 1

**UNITED STATES POSTAL SERVICE®**

# Firm Mailing Book For Accountable Mail

WLC-019832 NOD

| Name and Address of Sender | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wendi Lee Crump<br>c/o 921 E. Main Street<br>Suite<br>Columbus, Ohio | | **Check type of mail or service**<br>☐ Adult Signature Required ☐ Priority Mail Express<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail<br>☐ Certified Mail ☐ Return Receipt for<br>☐ Certified Mail Restricted Delivery Merchandise<br>☐ Collect on Delivery (COD) ☐ Signature Confirmation<br>☐ Insured Mail ☐ Signature Confirmation<br>☐ Priority Mail Restricted Delivery | | | | | | | | | | | | | |
| | 9589 0710 5270 9847 7826<br>MD: 08/04/2025<br>NOTICE OF DISHONOR Right<br>PD: 12/04/2023 to cure | Franklin County Municipal Court – Traffic Division<br>Lori Tyack<br>375 South High Street<br>1st Floor<br>Columbus, Ohio 43215 | | | | | | | | | | | | | |
| | 9589 0710 5270<br>9826 7847-95<br>right to cure | City of Columbus- Columbus City Attorney Prosecutor Division<br>Zach Klein<br>375 S. High Street,<br>7th Floor<br>Columbus, Ohio 43215 | | | | | | | | | | | | | |
| | 9589-0710-5270-<br>9826-7948-01<br>right to cure | Franklin County Municipal Court<br>Mark Hummer - Attn: Chambers - Private Administrative Notice<br>375 S. High Street<br>Columbus, Ohio 43215 | | | | | | | | | | | | | |

U.S. POSTAGE PAID
COLUMBUS, OH
43218
AUG 19, 25
AMOUNT
**$2.10**
S2024Y500633-30

0000

| | Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, By (Name of receiving employee) |
|---|---|---|---|
| | 6 | | |

Complete in ink

**Privacy Notice:** For more information on USPS privacy policies, visit *usps.com/privacypolicy.*

Page 1 of 1







# Exhibit C

# Copy of Original Notice of Dishonor

WLC-019832 NOD

## NOTICE OF DISHONOR

Date of Notice: Day: Four, Month: Eight, Year: 2025 C.E.

Franklin County Municipal Court – Traffic Division
Lori Tyack
375 South High Street
1st Floor
Columbus, Ohio 43215
United States

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"**, dated: 08/04/2025. in reply to your Presentment I hereby give notice of the full rescission and discharge of all commercial. legal, administrative, and judicial instruments arising from or connected to the traffic case identified above. This includes the initial citation and any related filings, judgments, warrants or records, all of which are hereby returned for value and discharged under equity.

Certified Mail No. 9589 0710 5270 2372 1095 31
Accepted for Value – Returned in Honor
For settlement and closure of account Statement date: 12/04/2023 has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

*Wendi Lee Crump*                    Sincerely,

Wendi Lee Crump
c/o 921 E Main Street
Suite
Columbus, Ohio

CC: City of Columbus- Columbus City Attorney Prosecutor Division Zach Klein, 375 S. High Street, 7th Floor Columbus Ohio 43215 United States
CC: Franklin County Municipal Court Mark Hummer - Attn: Chambers – Private Administrative Notice. 375 S. High Street Columbus Ohio 43215 United States
CC: C/O Wendi Lee Crump, 921 E Main Street, Suite, Columbus, Ohio

NOTICE of DISHONOR

## **COVER LETTER FOR NOTICE TO CURE**

Wendi Crump

c/o 921 E. Main Street suite A

Columbus Ohio

Date: 6 1 9 2025

To: Clerk of Courts

Franklin County Municipal Court, Traffic Division

375 S High Street 1st Floor, Columbus Ohio 43215

Re: Case of Wendi Crump

Case No: 2023 CR B 019832

Dear Clerk of Courts,

Enclosed for filing and entry into the docket are the following instruments concerning the above-referenced case(s) of Wendi Crump:

1. Notice of Right to Cure

### **Instructions for Filing**

- Each instrument is to be entered into the docket under its full title, exactly as listed above.
- These filings are not to be mislabeled as 'letters' or 'exhibits.'
- Please ensure that the docket reflects the precise name of each filing.
- Return a stamped acknowledgment of receipt for confirmation.

The enclosed instruments are tendered for administrative cure and to correct the record. All rights are reserved, without prejudice, UCC 1-308.

Thank you for your prompt attention and accuracy in handling this matter.

Respectfully,

*Wendi Lee Crump*

Wendi Crump, Sui Juris

All rights are reserved, without prejudice, UCC 1-308

Cover Letter                Clerk of Court                Case #2023 CR B 019832

**RIGHT TO CURE NOTICE**
Wendi Crump

c/o 921 E Main Street Suite A
Columbus, Ohio

**Date:** August 15, 2025

**TO:** Franklin County Municipal Court- Traffic Division
375 S High Street 1ˢᵗ floor, Columbus Ohio 43215

**CC:**

ZACH KLEIN
MARK HUMMER

**RE: Notice of Right to Cure – Failure to Respond to Rescission**

On August 4, 2025, I issued and served a Notice of Rescission concerning: *case#* 2023 CR B 019832, which was duly received by the above-named parties. The rescission included clear terms allowing three (3) days from receipt to respond or rebut as of August 15ᵗʰ ,2025.

As of today's date, no response, rebuttal, or other correspondence has been received from any party. In fairness, I granted additional days beyond the three-day period.

This Right to Cure grants a final twenty-four (24) hours from the date and time of this notice for the parties to respond and cure the dishonor. Failure to respond within this final opportunity will constitute final dishonor and agreement by silence.

Upon expiration of the cure period without a proper, verified, and lawful response, the matter will be deemed settled, and I will demand:

1. Full rendering and closure of all associated accounts; and
2. Purging of the record and docket related to this case in its entirety.

This notice, along with proof of service, will be placed on the record with the Court to document compliance with the administrative process and the opportunity to cure.

Page **2** of **2**

**By:** *Wendi Lee Crump*

Wendi Crump-Sui Juris Without Recourse


**Attachments:**

- Right to Cure
- Proof of Service of Rescission

## Cover Letter – Notarial Protest of Dishonor Filing

Wendi Crump
c/o 921 E Main Street STE A
Columbus, Ohio

Date: 8/25/25

~~Clerk of the Court / Recorder of Deeds~~
~~District of Columbia~~
~~Office of the Recorder of Deeds~~
~~1101 4th Street SW~~
~~Washington, D.C. 20024~~

US. District Court for D.C
Clerk's office
333 Constitution Ave NW
Washington, D.C 20001

RE: Filing of Notarial Protest of Dishonor – Certificate of Dishonor (Administrative Record)
Case Reference: Franklin County Municipal Court, Case No. 2023 TR C 117625
UCC Filing Reference: OH00266507408

Dear Clerk,

Enclosed please find a duly executed Certificate of Dishonor – Administrative Record, together with the attached Notarial Protest of Dishonor and acknowledgment block for official recordation.

This document is a Formal Instrument prepared under commercial and notarial process, and is to be entered into the public record of Washington, D.C. to stand as conclusive evidence of dishonor in the above-referenced case.

Kindly:
1. File and record this instrument under:
   - Instrument Title: Certificate of Dishonor – Administrative Record
   - Subcategory: Notarial Protest / Formal Instrument
   - Case Reference: 2023 TR C 117625 (Franklin County Municipal Court, Columbus, Ohio)
   - UCC Reference: OH00266507408 (Filed with the Ohio Secretary of State)
2. Return a certified copy or recordation receipt using the enclosed self-addressed stamped envelope.

This filing also serves as notice that any and all monies, fees, bonds, or funds collected in

relation to the above-referenced case are to be fully refunded and reconciled. A check shall be cut payable to 'Wendi Crump'. Furthermore, all IRS filings, reports, and accounting entries associated with this case must be matched, corrected, and reconciled to reflect the refund. This matter is to be treated as a tax matter, and failure to properly account for and report the refund shall constitute further dishonor, conversion, and misapplication of trust funds.

Thank you for preserving the integrity of this record.

Respectfully submitted,

Wendi Crump
Secured Party / Authorized Representative

All Rights Reserved UCC 1-308

Enclosures:
- Certificate of Dishonor – Administrative Record (with Notarial Protest)
- Exhibit A – UCC Filing OH00266507408 (copy)
- Exhibit B – Proof of Presentment & Non-Response
- Exhibit C – Original Notice of Dishonor

# CERTIFICATE OF DISHONOR

### Administrative Record – Formal Instrument

Case No. 2023 TR C 117625– Franklin County Municipal Court (Traffic)

UCC Filing Reference: OH00266507408

### Notice of Dishonor

1. Presentment was duly made upon the parties in the above-referenced matter on the 4th day of August, 2025. Said presentment provided lawful opportunity to rebut, cure, or otherwise respond within the allotted time. As of the 19th of August, 2025 a notice to cure was sent, again no response.

2. No response, rebuttal, or cure was received. Silence and inaction constitute dishonor by operation of law.

3. Accordingly, I, Wendi Crump, hereby certify dishonor of the presentment and all associated instruments, pleadings, motions, warrants, and/or enforcement actions tied to Case No. 2023 TR C 117625.

4. This dishonor is now made part of the administrative record and is incorporated into and made part of UCC Financing Statement No. OH00266507408, filed with the Secretary of State, State of Ohio. All rights, titles, and interests are reserved and perfected therein, and this dishonor attaches as collateral evidence to said filing.

## Refund and Restitution Requirement

All monies, fines, fees, bonds, or other payments collected, received, or otherwise obtained from the above-referenced case 2023 TR C 117625 are to be fully refunded. A check shall be cut and issued payable to 'Wendi Crump', without delay, within ten (10) business days of receipt of this filing.

In addition, any and all IRS filings, reports, or accounting entries associated with said case shall be matched, adjusted, and reconciled to reflect the refund of funds. This matter shall be treated as a tax matter, and all refunds, credits, and set-offs must be reported accordingly to ensure compliance with the Internal Revenue Service.

Failure to return said funds and to correct all related IRS filings constitutes further dishonor, conversion, and misapplication of trust funds, subject to the fee schedule below and all remedies available at law and equity

Page 3 of 3



Wendi Crump
All rights reserved
UCC 1-308

## NOTARIAL PROTEST OF DISHONOR

District of Columbia ) ss.:

Be it known, that on this 25th day of ___August___, 2025, before me, the undersigned Notary Public, duly commissioned and sworn in and for the District of Columbia, personally appeared Wendi Crump, who did present for protest this Certificate of Dishonor – Administrative Record relating to Case No. 2023 TR C 117625.

Lawful presentment was made upon the parties, and no timely rebuttal, cure, or response was received. Therefore, I, the undersigned Notary Public, at the request of said party, do hereby solemnly PROTEST against the dishonor, non-response, and failure to perform by the parties noticed therein.

In testimony whereof, I hereunto set my hand and affix my official notarial seal, at Washington, D.C., on the day and year first above written.

_____
Notary Public, District of Columbia

My Commission Expires: __06-14-30__

**HONORIO BARILLO**
Notary Public, District of Columbia
My Commission Expires June 14, 2030

District of Columbia
Signed and sworn to (or affirmed) before me on
__Aug 25, 25__ by ___Honorio Barillo___
Date          Name(s) of Individual(s) making statement

_____
Signature of Notarial Officer

Title of Office    __NOTARY PUBLIC__
My commission expires: __06-14-30__

Case No. 2023 TR C 117625– Certificate of Dishonor – Administrative Record  |  UCC
Filing Reference: OH00266507408

## Fee Schedule – Agreed Damages

By silence, non-response, or further dishonor, the following terms apply and become binding upon all parties:

- $10,000.00 – per court appearance compelled under dishonor.
- $5,000.00 – per unlawful order, motion, or filing entered after administrative closure.
- $10,000.00 – per violation of trust, trespass, or interference with liberty.
- $25,000.00 – per day for unlawful detention, arrest, or loss of liberty.
- $100,000.00 – penalty for issuance or execution of any warrant under dishonor.
- $250,000.00 – per act of conversion, theft, or withholding of funds lawfully due.
- All refunds owed under Case No. 2023 TR C 117625 shall accrue interest at 1.5% per day until paid in full.

## Parties Dishonored

This Certificate of Dishonor applies to, but is not limited to:

- Hon. ~~Mark Hummer~~, Presiding Judge, Franklin County Municipal Court
- Prosecuting Attorney(s) ~ Zach Klein
- City of Columbus / State of Ohio
- Clerk of Court, Franklin County Municipal Court ~ Lori Tyack
- Law Enforcement Agencies and Officers involved in enforcement of said matter

## Certification

Having afforded due process and opportunity to cure, and receiving no lawful rebuttal, the matter stands in dishonor and is closed administratively. All liabilities, penalties, and consequences arising from said dishonor are hereby assessed in accordance with the fee schedule provided herein.

## Exhibits Attached

- Exhibit A – UCC Financing Statement No. OH00266507408 (SOS Printout)
- Exhibit B – Proof of Presentment and Non-Response (USPS form 3877 with receipts)
- Exhibit C – Copy of Original Notice of Dishonor

## Signature

Executed this 25th day of August, 2025.

_____
Wendi Crump
Secured Party – All rights Reserved UCC 1-308

District of Columbia
Signed and sworn to (or affirmed) before me on
___ Aug 25 25 by Wendi Barino
Date            Name(s) of Individual(s) making statement
_____
Signature of Notarial Officer
Notary Public
Title of Office
My commission expires: 06-14-30

HONORIO BARILLO
Notary Public, District of Columbia
My Commission Expires June 14, 2030

# Exhibit A –

# UCC Financing Statement No. OH00266507408 SOS Printout



**Frank LaRose**
*Ohio Secretary of State*

| | |
|---|---|
| FS Number: | OH00266507408 |
| Date Filed: | 08 September 2022 20:38:22 |

# UCC FINANCING STATEMENT

**FOR FILING OFFICE USE ONLY**

| | |
|---|---|
| **NAME OF CONTACT AT FILER:** | Wendi Crump. |
| **PHONE NUMBER:** | 614-330-0225 |
| **EMAIL CONTACT AT FILER:** | wendi.crump@gmail.com |
| **SEND ACKNOWLEDGEMENT TO:** | Wendi Crump |
| | 2603 Caralee Place |
| | Columbus |
| | OHIO |
| | 43219 |
| | United States |

## DEBTOR INFORMATION

| | |
|---|---|
| **ORGANIZATION'S NAME:** | WENDI LEE CRUMP |
| **MAILING ADDRESS:** | 3003 Hospital Drive |

**CITY:** Cheverly    **STATE:** MARYLAND    **POSTAL CODE:** 20785    **COUNTRY:** United States

## SECURED PARTY INFORMATION

√ **Assignor**

| | | | |
|---|---|---|---|
| **INDIVIDUAL'S SURNAME:** | :Crump | **FIRST PERSONAL NAME:** | :Wendi-Lee |
| **ADDITIONAL NAME(S)/INITIAL(S):** | | **SUFFIX:** | |
| **MAILING ADDRESS:** | 2603 Caralee Place | | |

**CITY:** Columbus    **STATE:** OHIO    **POSTAL CODE:** [43219] RFD    **COUNTRY:** United States

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

| | |
|---|---|
| **Collateral is:** | Held in Trust |

## FILING TYPE

Transmitting Utility: Yes

Public Finance: No

Manufactured Home: No

Agriculture Lien: Yes

Non-Ucc Filling: Yes

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Consignee/Consignor: No

Seller/Buyer: No

Bailee/Bailor: Yes

Licensee/Licensor: No

**Frank LaRose**
*Ohio Secretary of State*

| | |
|---|---|
| File No: | SR1495313 |
| FS Number: | OH00266507408 |
| Date Filed: | 18 August 2025 14:34:21 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:**     Wendi Crump

**PHONE NUMBER:**     614-330-0225

**EMAIL CONTACT AT FILER:**     wendi.crump@gmail.com

**SEND ACKNOWLEDGEMENT TO:**     Wendi Crump
2603 Caralee Place
Columbus
OHIO
43219
United States

## COLLATERAL CHANGE

**INITIAL FINANCING STATEMENT FILE NUMBER: OH00266507408**

**Type of Collateral: Add Collateral**

**Indicate Collateral:**

Collateral includes, without limitation:
1.      All court cases, claims, causes of action, judgments, bonds, securities, fines, penalties, settlements, and accounts whether now existing or hereafter arising, including but not limited to Case Nos. 2023 TR D 147068; 2023 CR B 019832; 2023 CR B 007630; 2018 TR D 198054; 2023 TR C 117625; 2022 CVF 022874; 2021 CVF 019162; 2021 CVF 011139; 2020 CVF 032650; 2019 EVH 060868; 2018 TR C 179142; 2012 TR D 177072; 22 JG 036827; 22 JG 043342; 23 JG 035401; 18 JG 045711; 21 JG 101709; 24 AP 000113; 24 AP 000114
2.      All proceeds, disbursements, credits, offsets, adjustments, and settlements resulting from said cases or claims, including any associated CUSIP, Treasury account, or financial instrument created, issued, pledged, or traded in connection therewith.
3.      All real property, parcels, and improvements connected to the cases or claims, including but not limited to 010-020554-00 214 - 216 N TWENTIE... 010-031611-00 179 - 181 N MONROE ... 010-031612-00 188 - 190 N TALMADG... 010-141525-00 2603 CARALEE PL...
4.      All personal property, accounts receivable, deposits, escrow funds, insurance proceeds, trust assets, and rights of action.
5.      All substitutions, accessions, renewals, extensions, and replacements of the foregoing, and all products and proceeds thereof, whether tangible, intangible, electronic, or paper.
This amendment supplements and relates back to original Financing Statement FS# OH00266507408. Said collateral is held in trust and claimed by the secured party with a continuing priority interest.

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Existing Secured Party

**INDIVIDUAL'S SURNAME:**     :Crump          **FIRST PERSONAL NAME:**     :Wendi-Lee

**ADDITIONAL NAME(S)/INITIAL(S):**          **SUFFIX:**

**MAILING ADDRESS:** 2603 Caralee Place

**CITY:** Columbus    **STATE:** OHIO    **POSTAL CODE:** [43219] RFD    **COUNTRY:** United States

# Exhibit B

# Proof of Presentment and Non-Response (USPS form 3877 with receipts)

**USPS POSTAL SERVICE®**

**Firm Mailing Book For Accountable Mail**

WLC-117625

Name and Address of Sender

Wendi Lee Crump
c/o 1985 W. Henderson Road
Suite 63204
Columbus, Ohio

**Affix Stamp Here**
(for additional copies of this receipt).
Postmark with Date of Receipt.

U.S. POSTAGE PAID
COLUMBUS, OH
43215
AUG 04, 25
AMOUNT
$2.10
S2252N502243-7

Check type of mail or service:
☐ Adult Signature Required        ☐ Priority Mail Express
☐ Adult Signature Restricted Delivery    ☐ Registered Mail
☐ Certified Mail                  ☐ Return Receipt for
☐ Certified Mail Restricted Delivery      Merchandise
☐ Collect on Delivery (COD)       ☐ Signature Confirmation
☐ Insured Mail                   ☐ Signature Confirmation
☐ Priority Mail                    Restricted Delivery

| | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Hand. Char. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | BULK RESCISSION PACKAGE MD: 08/04/2025 PD: 10/01/2018 | Franklin County Municipal Court – Traffic Division Lori Tyack 375 South High Street 1st Floor Columbus, Ohio 43215 #4534-9101-5667- | | | | | | | | | | | |
| 2. | 2 9589 0710 5270 | City of Columbus- Columbus City Attorney Prosecutor Division Zach Klein 375 S. High Street, 7th Floor Columbus, Ohio 43215 5210-3049-13 | | | | | | | | | | | |
| 3. | 2372 109L .09 9589 0710 5270 | Franklin County Municipal Court Jessica D'Varga - Attn: Chambers – Private Administrative Notice 375 S. High Street Columbus, Ohio 43215 | | | | | | | | | | | |
| 4. | 2372 109L 16 | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Handling Charge – if Registered and over $50,000 in value

CHRISTOPHER COLUMBUS
AUG -4 2025
43215
0000

Adult Signature Required
Adult Signature Restricted Delivery
Restricted Delivery
Return Receipt
Signature Confirmation
Signature Confirmation Restricted Delivery
Special Handling

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | Complete in Ink |
|---|---|---|---|

PS Form 3877, January 2017 (Page 1 of 2)
PSN 7530-02-000-9098

**UNITED STATES POSTAL SERVICE ®**

WLC-117625 NOD

**Firm Mailing Book For Accountable Mail**

Name and Address of Sender

Wendi Lee Crump
c/o 921 E. Main Street
Suite A
Columbus, Ohio

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code ™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value If Registered | Insured Value | Due Sender if COD | Date AGR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Check type of mail or service | | | | | | | | | | | | | |
| | □ Adult Signature Required   □ Priority Mail Express | | | | | | | | | | | | | |
| | □ Adult Signature Restricted Delivery   □ Registered Mail | | | | | | | | | | | | | |
| | □ Certified Mail   □ Return Receipt for Merchandise | | | | | | | | | | | | | |
| | □ Certified Mail Restricted Delivery | | | | | | | | | | | | | |
| | □ Collect on Delivery (COD)   □ Signature Confirmation | | | | | | | | | | | | | |
| | □ Insured Mail   □ Signature Confirmation Restricted Delivery | | | | | | | | | | | | | |
| | □ Priority Mail | | | | | | | | | | | | | |
| 9589 0710 5270 1126 | Franklin County Municipal Court – Traffic Division Lori Tynek 375 South High Street 1st Floor Columbus, Ohio 43215 | | | | | | | | | | | | | |
| 9589 0710 5270 — 1126 7947 .. ST | City of Columbus- Columbus City Attorney Prosecutor Division Zach Klein 375 S. High Street, 7th Floor Columbus, Ohio 43215 | | | | | | | | | | | | | |
| 9589 0710 5270 1126 7947 71 | Franklin County Municipal Court Jessica D'Varga - Attn: Chambers – Private Administrative Notice 375 S. High Street Columbus, Ohio 45215 | | | | | | | | | | | | | |

MD: 08/04/2025
NOTICE OF RESPONDOR
PD: 10/01/2018

Right to cure

Right to cure

Right to cure

U.S. POSTAGE PAID
COLUMBUS, OH
AUG 19, 25
AMOUNT
$2.10
2324Y500633-30

Affix Stamp Here
(for additional copies of this receipt).
Postmark with Date of Receipt.

PS Form **3877**, January 2017 (Page 1 of 2)
PSN 7530-02-000-9098

Privacy Notice: For more information on USPS privacy policies, visit *usps.com/privacypolicy.*
Page 1 of 1







# Exhibit C

# Copy of Original
# Notice of Dishonor

WLC-117625 NOD

# NOTICE OF DISHONOR

Date of Notice: Day: Four, Month: Eight, Year: 2025 C.E.

Franklin County Municipal Court – Traffic Division
Lori Tyack
375 South High Street
1st Floor
Columbus, Ohio 43215
United States

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**", dated: 08/04/2025. in reply to your Presentment I hereby give notice of the full rescission and discharge of all commercial. legal, administrative, and judicial instruments arising from or connected to the traffic case identified above. This includes the initial citation and any related filings, judgments, warrants or records, all of which are hereby returned for value and discharged under equity.

Certified Mail No. 9589 0710 5270 2372 1095 93
Accepted for Value – Returned in Honor
For settlement and closure of account Statement date: 10/01/2018 has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Wendi Lee Crump*

Wendi Lee Crump
c/o 921 E Main Street
Suite A
Columbus, Ohio

CC: City of Columbus- Columbus City Attorney Prosecutor Division Zach Klein, 375 S. High Street, 7th Floor Columbus Ohio 43215 United States
CC: Franklin County Municipal Court Jessica D'Varga - Attn: Chambers – Private Administrative Notice. 375 S. High Street Columbus Ohio 43215 United States
CC: C/O Wendi Lee Crump. 921 E Main Street. Suite A. Columbus. Ohio

NOTICE of DISHONOR

## **COVER LETTER FOR NOTICE TO CURE**

Wendi Crump

c/o 921 E. Main Street suite A

Columbus Ohio

Date: __AUG 1 9 2025__

To: Clerk of Courts

Franklin County Municipal Court, Traffic Division

375 S High Street 1st Floor, Columbus Ohio 43215

Re: Case of Wendi Crump

Case No: 2023 TR C 117625

Dear Clerk of Courts,

Enclosed for filing and entry into the docket are the following instruments concerning the above-referenced case(s) of Wendi Crump:

1. Notice of Right to Cure

### **Instructions for Filing**

- Each instrument is to be entered into the docket under its full title, exactly as listed above.
- These filings are not to be mislabeled as 'letters' or 'exhibits.'
- Please ensure that the docket reflects the precise name of each filing.
- Return a stamped acknowledgment of receipt for confirmation.

The enclosed instruments are tendered for administrative cure and to correct the record. All rights are reserved, without prejudice, UCC 1-308.

Thank you for your prompt attention and accuracy in handling this matter.

Respectfully,

*Wendi Lee Crump*

Wendi Crump, Sui Juris

All rights are reserved, without prejudice, UCC 1-308

Cover Letter                    Clerk of Court                    Case #2023 TR C 117625

**RIGHT TO CURE NOTICE**
Wendi Crump

c/o 921 E Main Street Suite A
Columbus, Ohio

**Date:** August 15, 2025

**TO:** Franklin County Municipal Court- Traffic Division
375 S High Street 1st floor, Columbus Ohio 43215

**CC:**

ZACH KLEIN
MARK HUMMER

**RE: Notice of Right to Cure – Failure to Respond to Rescission**

On August 4, 2025, I issued and served a Notice of Rescission concerning: *case#* 2023 TRC
117625, which was duly received by the above-named parties. The rescission included clear
terms allowing three (3) days from receipt to respond or rebut as of August 15th ,2025.

As of today's date, no response, rebuttal, or other correspondence has been received from any
party. In fairness, I granted additional days beyond the three-day period.

This Right to Cure grants a final twenty-four (24) hours from the date and time of this notice for
the parties to respond and cure the dishonor. Failure to respond within this final opportunity will
constitute final dishonor and agreement by silence.

Upon expiration of the cure period without a proper, verified, and lawful response, the matter
will be deemed settled, and I will demand:

1. Full rendering and closure of all associated accounts; and
2. Purging of the record and docket related to this case in its entirety.

This notice, along with proof of service, will be placed on the record with the Court to document
compliance with the administrative process and the opportunity to cure.

Notice Of Dishonor                    Right to Cure                    Case # 2023 TRC 117625

Page **2** of **2**

**By:** _Wendi Lee Crump_

Wendi Crump-Sui Juris Without Recourse

**Attachments:**

- Right to Cure
- Proof of Service of Rescission